



ORIGINAL

FILED

JUL 1 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 MELINDA HAAG (CSBN 132612)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

4

5 450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102
6 Telephone: (415) 436-6909
Facsimile: (415) 436-6748
7 Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11

12 ANTHONY L. WILLIAMS,     )   Civil Action No. **CV 12 3781**
    )
13     Plaintiff, )
    )
14     v. )
    )
15 UAL, INC.; GLENN F. TILTON; )   **NOTICE OF REMOVAL**
WILLIAM (RON) KING; SAMUEL )
16 "SAM" RAWLS; MICHAEL )
CONAGHAN; CHRIS CARRICK; THE )
17 INTERNATIONAL ASSOCIATION OF )
MACHINISTS AND AEROSPACE )
18 WORKERS (THE IAM); R. THOMAS )
BUFFENBARGER; RICH DELANEY; )
19 ROBERT ROACH, JR.; WILLIAM )
MICHAEL FITZPATRICK; JAVIER )
20 LECTORA; ROBERT JOHN WALTON; )
JAMES S. WARE; CLAUDIA WILKEN; )
21 RICHARD W. WIEKING; ALEX )
KOZINSKI; EUGENE E. SILER; CARLOS )
22 T. BEY; M. MARGARET MCKEOWN; )
SIDNEY R THOMAS; BARRY G. )
23 SILVERMAN; RICHARD R. CLIFTON; )
SIDNEY R THOMAS; CONSUELO M. )
24 CALLAHAN; MARY H. MURGUIA; )
HILDA SOLIS; WAYNE C. BEYER; )
25 OLIVER M. TRANSUE; PAUL IGASAKI; )
E. COOPER BROWN; GERALD )
26 ETCHINGHAM; DOES 31-50; )
    )
27     Defendants. )
    )
28     )

**NOTICE OF REMOVAL**
C-

1    TO:    United States District Court for the Northern District of California

2    **Clerk of the Court - Superior Court of CA    See Proof of Service for Service List**
3    **- County of Alameda**
     **Hayward Hall of Justice**
4    **24405 Amador Street**
     **Hayward, California 94544**

5

6    PLEASE TAKE NOTICE that on this day case no. RG12634751 pending before the

7    Alameda County Superior Court - Hayward Hall of Justice, Unlimited Civil Jurisdiction is being

8    removed to the United States District Court for the Northern District of California pursuant to 28

9    U.S.C. § 1442(a)(3) on behalf of federal defendants: Chief Judge James S. Ware, Judge Claudia

10   Wilken, Clerk of the Court Richard Wieking, Chief Appellate Judge Alex Kozinski, Judge

11   Eugene E. Siler, Judge Carlos T. Bey, Judge M. Margaret McKeown, Judge Sidney R. Thomas,

12   Judge Barry G. Silverman, Judge Richard R. Clifton, Judge Consuelo M. Callahan, Judge Mary

13   H. Murguia, Secretary of Labor Hilda Solis, and Administrative Law Judges Wayne C. Beyer,

14   Oliver M. Transue, Paul Igasaki, E. Cooper Brown, Gerald Etchingham ("defendants").  Upon

15   direction by the Attorney General of the United States and pursuant to 28 U.S.C. § 1446, the

16   undersigned attorneys hereby present the following facts to the Judges of the United States

17   District Court for the Northern District of California.

18         1. On June 14, 2012, plaintiff's summons and complaint ("Plaintiff's complaint") was

19   filed in Alameda County Superior Court against defendants United Airlines, Inc. et al.

20   ("Defendant UAL").  In his complaint, plaintiff alleges that defendants engaged in a pattern of

21   fraud and racketeering activity, specifically defendant UAL.  In addition, plaintiff alleges that

22   several defendants, named federal court judges and employees, engaged in fraud in order to

23   obstruct justice involving the litigation of defendant UAL and further violating plaintiff's

24   constitutional rights.  Plaintiff has requested total damages in the amount of $235,575,000.00.

25         2. On June 28, 2012, the United States Attorney's Office ("USAO") received from the

26   chambers of United States District Judge Claudia Wilken a copy of plaintiff's summons and

27   complaint caption.  The full 94 page long complaint was not received.  Plaintiff's complaint was

28   received by Judge Wilken on June 19, 2012.  Subsequently on July 2, 2012, the USAO received

**NOTICE OF REMOVAL**
C-                                                    2

1   from the Office of the Clerk of the United States District Court a copy of plaintiff's summons,

2   complaint caption, and a disc. Plaintiff's complaint was received by the Office of the Clerk on

3   June 22, 2012. The USAO has not been served pursuant to Rule 4(i), Federal Rules of Civil

4   Procedure. A copy of plaintiff's full complaint is attached hereto as **Exhibit 1 - Complaint**

5   pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleading or order which has

6   been received. Thirty (30) days have not expired since receipt by the defendants of a copy of the

7   initial pleading setting forth the claim for relief upon which this proceeding is based. There is

8   currently a hearing for an order to show cause re preliminary injunction set for July 20, 2012 at

9   1:30 P.M., department 510, Hayward Hall of Justice, 24405 Amador Street, Hayward, CA 94544.

10  Additionally, there is a case management conference set for October 13, 2012 at 8:30 A.M. in the

11  same dept and courthouse. Both hearings should be vacated upon filing of this notice.

12          3. This action must be removed to federal district court under 28 U.S.C. § 1442(a)(3) in

13  that it is a civil action against any officer of the courts of the United States relating to any act

14  under color of office or in the performance of their duties. This action may also be removed to

15  federal district court pursuant to 28 U.S.C. § 1442(a)(1) in that it is a civil action against an

16  agency of the United States, its officers and employees. Further, this action may be removed to

17  federal district court pursuant to 28 U.S.C. § 1331 (civil actions arising under the Constitution,

18  laws or treaties of the United States), and other applicable authorities.

19          4. A copy of this Notice is being filed with the Clerk of the Alameda County Superior

20  Court - Hayward Hall of Justice, Unlimited Civil Jurisdiction. This filing will automatically

21  effect

22  //

23  //

24  //

25  //

26  //

27  //

28  //

**NOTICE OF REMOVAL**
C-                                          3

1  the removal action described above in its entirety to this Court for all future proceedings pursuant

2  to 28 U.S.C. § 1446(d).

3

4                                                          Respectfully submitted,

5                                                          MELINDA HAAG
                                                           United States Attorney
6

7  Dated: July 19, 2012

8                                                          JONATHAN U. LEE
                                                           Assistant United States Attorney
9                                                          Attorney for Federal Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF REMOVAL**
C-                                    4

# EXHIBIT 1

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

CLAUDIA WILKEN

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ANTHONY L. WILLIAMS

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* RENE' C. DAVIDSON COURTHOUSE

| CASE NUMBER:<br>*(Número del Caso):* |
|---|
| RG-12634751 |

1225 Fallon Street

Oakland, California 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MR. ANTHONY L. WILLIAMS 2811 NICOL AVE. # 6 OAKLAND, CA. 94602-2793

DATE: June 13, 2012          Clerk, by _____ , Deputy
*(Fecha)*                    *(Secretario)*                        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served<br>1. [✓] as an individual defendant.<br>2. [ ] as the person sued under the fictitious name of *(specify):*<br><br>3. [ ] on behalf of *(specify):*<br><br>under: [ ] CCP 416.10 (corporation)  [ ] CCP 416.60 (minor)<br> [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)<br> [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)<br><br> [ ] other *(specify):*<br>4. [ ] by personal delivery on *(date):* |
|---|---|

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov



*10388383*

Mr. Anthony L.
Williams

2811 Nicol Ave.
# 6
Oakland, CA 94602
(510) 536-5886
tonyattomr@aol.com

In Propria Persona

FILED
ALAMEDA COUNTY

JUN 1 4 2012

CLERK OF THE SUPERIOR COURT
By Jasha Peny
Deputy

# THE SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

MR. ANTHONY L. WILLIAMS
Private Attorney General,
*ex rel*

PLAINTIFF

-v-

UAL, INC.
*Respondeat Superior*

GLENN F. TILTON

WILLIAM RONALD (RON)
KING

SAMUEL "SAM" RAWLS

MICHAEL CONAGHAN

CHRIS CARRICK

THE INTERNATIONAL
ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS (The
IAM)

R. THOMAS BUFFENBARGER

) Case No. RG 1 2 6 3 4 7 5 1
)
)
) A VERIFIED COMPLAINT FOR
)
) DECLARATORY AND INJUNCTIVE
)
) RELIEF AND DAMAGES FROM
)
) RACKETEERING, CONSPIRACY
)
) TO ENGAGE IN A PATTERN OF
) RACKETEERING ACTIVITY,
)
) JUDICIAL DISCRIMINATION
)
) and MISCONDUCT INCLUDING
)
) OBSTRUCTION OF JUSTICE,
)
) VIOLATIONS OF THE EQUAL
) EMPLOYMENT ACT OF 1991;
)
) TITLE VII OF THE CIVIL
)
) RIGHTS ACT OF 1964, THE
)
) EQUAL ACCESS TO JUSTICE
)
) ACT OF 1980, STATUTE
) NULLIFICATION IN VIOLATION
)
) OF THE TENTH AMENDMENT;
)
) AND RELATED CLAIMS;
)

1

| | |
|---|---|
| 1  RICH DELANEY | ) JURY DEMANDED: |
| 2  ROBERT ROACH, JR. | ) |
| | ) |
| 3  WILLIAM MICHAEL | ) 18 U.S.C. 1961 *et seq.;* |
| | ) |
| FITZPATRICK | ) 18 U.S.C. 1964 |
| 4 | ) |
| JAVIER LECTORA | ) SOX § 1513(e) |
| 5 | ) |
| ROBERT JOHN WALTON | ) The Dodd-Frank Wall Street |
| 6 | ) |
| _____ | ) Reform and Consumer |
| 7  JAMES S. WARE | ) Protection Act of 2010 § |
| | ) |
| CLAUDIA WILKEN | ) 921-929A. |
| 8 | ) |
| RICHARD W. WIEKING | ) |
| 9 | ) |
| | ) Civil RICO § 1962(a)(c) |
| _____ | ) |
| 10  ALEX KOZINSKI | ) Remedies; Sections of the |
| | ) |
| 11  EUGENE E. SILER, | ) Equal Employment and Civil |
| | ) |
| CARLOS T. BEY | ) Rights Act of 1991 and |
| 12 | ) |
| M. MARGARET MCKEOWN | ) 1964 respectively, The |
| 13 | ) |
| SIDNEY R THOMAS, | ) Equal Access to Justice |
| | ) |
| 14  BARRY G. SILVERMAN | ) Act Of 1980, and The |
| | ) |
| 15  RICHARD R. CLIFTON | ) International Covenant on |
| | ) |
| SIDNEY R THOMAS | ) Civil and Political Rights |
| 16 | ) |
| CONSUELO M. CALLAHAN | ) (enacted by Congress with |
| 17 | ) |
| MARY H. MURGUIA | ) Specific Reservations)in |
| 18 | ) |
| _____ | ) *pari materia* with the |
| 19  HILDA SOLIS | ) Supremacy Clause in the |
| | ) |
| WAYNE C. BEYER | ) U.S. Constitution. |
| 20 | ) |
| OLIVER M. TRANSUE | ) |
| 21 | ) |
| PAUL IGASAKI | ) _____ |
| 22  E. COOPER BROWN | ) |
| | ) |
| 23  GERALD ETCHINGHAM | ) |
| | ) |
| _____ | ) |
| 24 | ) |
| Does 31-50 | ) |
| 25  DEFENDANTS | ) |
| | ) |
| _____ | ) |
| Incorporated Herein as | ) |
| CD-rom Attachment-A | ) |
| | ) |

2

# I. PREDICATE:

*"EVIL CAN ONLY PREVAIL WHERE GOOD PEOPLE DO NOTHING."*
Irish Philosopher  Edmund Burke; 23 April, 1770.

*"The history of man is the history of crimes, and history can repeat. So information is a defence. Through this we can build, we must build, a defence against repetition."*
Simon Wiesenthal

Page

II. TABLE OF CONTENTS    3

(A) INTRODUCTION    4

(B) JURISDICTION    20

(C) PROCEDURAL HISTORY    21

(D) STRUCTURE AND INCORPORATION    23

    OF PRIOR PLEADINGS AND EXHIBITS

(E) PARTIAL LIST OF RICO PREDICATE ACTS    25

    AND OTHER ACTS OF WITNESS RETALIATION

(F) COUNT ONE    34

(G) COUNT TWO    36

(H) COUNT THREE    37

III. A BILL OF PARTICULARS:    39

IV. RELIEF REQUESTED:    71

(A) READ ALL    71

(B) A PRELIMINARY INJUNCTION    71

(C) ON ALL COUNTS AND STIPULATIONS HEREOF    72

(V) SUMMARY OF DAMAGES                  79

(VI) LIST OF EXHIBITS                   90

(VII). VERIFICATION                     91

(VIII) PROOF OF SERVICE                 93

---

**UNDER (The) Fed. R. Civ. P. 12(b)(6); THE LAW IN CIVIL RICO IS CLEAR:**

**The Filed Complaint's allegations are accepted as true. All reasonable inferences are drawn in the light most favorable to Plaintiff, and dismissal is appropriate only if it appears that Plaintiff could prove no set of facts that would entitle him or her to relief** (See: Port Authority of New York and New Jersey v. Arcadian Corp., No. 98-5045, 1999 WL 624590, at *4 (3d Cir. Aug. 18, 1999). **Within the purview of a Motion to Dismiss, in addition to the allegations in the Complaint, are attached exhibits, matters of public record, and a concededly authentic document upon which the Complaint is based when the Defendant attaches such a document to its Motion to Dismiss.** See: Pension Benefit Guaranty Corp. v. White Consolidated Indus., Inc., 998 F.2d 1192, 1196 (3d Cir. 1993).

## (A). INTRODUCTION

This is an uncomplicated Civil Action for RICO remedies

authorized by the Federal Statutes at 18 U.S.C. 1961 and

SOX § 1513(e) et seq.; for declaratory and injunctive

relief; for actual, consequential and exemplary damages;

and for all other just relief which this honorable Superior

Court deems just and proper under all circumstances which

have occasioned this INITIAL COMPLAINT. See: 18 U.S.C. §§

1964(a) and (c) ("Civil RICO").

4

1   Section 1107 of Sarbanes-Oxley (SOX) is codified at 18

2   U.S.C. § 1513(e), which is a listed act of "Racketeering

3   Activities" under the Racketeer Influenced and Corrupt

4   Organizations Act ("RICO"), 18 U.S.C. § 1961(1) *et seq.*

5   Section 806 of the SOX was incorporated from the outset in

6   Plaintiff's Original FAC: (Cd-rom Attachment-1, Exhibit-A,

7   Elements 1-3; and has been ignored (Nullified) ever since.

8   **Section 1107 of The Sarbanes-Oxley Act of 2002 amends 18**
9   **U.S.C. § 1513 to add the following:(e) Whoever [Including**
    **Judiciary and Court Clerks] knowingly, with the intent to**
10  **retaliate, takes any action harmful to any person,**
    **including interference with the lawful employment or**
11  **livelihood of any person, for providing to a law**
    **enforcement officer, any truthful information relating to**
12  **the commission or possible commission of any Federal**
    **offense, shall be fined under this title or imprisoned not**
13  **more than 10 years, or both. 18 U.S.C. 1513(e).**

14

15  **WITH THE FOLLOWING TRUTHFUL DECLARATION AND ELECTRONIC**

16  **EXHIBITS, WHOLE AND PART, THIS PLAINTIFF FILES FOR SUMMARY**

17  **JUDGEMENT BEFORE A SEATED JURY:**

18

19  1. -NO EMPLOYED PERSON HAS EVER BEEN FIRED FOR FILING ANY

20  LATE COMPLAINT. IF THE COMPANY [*ANY* COMPANY OR DEFENDANT]

21  AND ITS AGENTS (INCLUDING JUDICIARY) ARE RELYING ON A LATE

22  FILING DEFENSE MUCH LATER ON IN ANY PROCEEDING, THEN

23  SOMETHING FATAL HAS HAPPENED TO THAT DEFENDANT DURING THE

24  COURSE OF SUCH LITIGATION. THAT DEFENDANT HAS LOST ITS

25  CREDIBILITY, ITS LEGAL STANDING FOR ANY DEFENSE, AND

    FINALLY, HAS LOST ON THE MERITS AND ARE, THROUGH THE COURT

    SYSTEM, RELYING ON A **NEW (Illegal) AND UNRELATED DEFENSE**

1  *SUA-SPONTE:* **ABUSE OF PROCESS)**, WHICH PROCEDURAL LAW AND

2  JUSTICE DEMANDS IS ESTOPPED, PRETEXTUAL, VOID OF LEGAL

3  WEIGHT AND HOLD NO BARRIER TO RESTITUTION WHATSOEVER Bethea

4  v. Robert J. Adams & Assoc., 352 F.3d 1125, 1130-31(7th

5  Cir.2003) Attachment-1 Exhibits-F & F-1. THIS FILING IN

6  SUPERIOR COURT UNDER RICO SUMMARILY **ERASES** NINE LONG YEARS

7  OF ADMINISTRATIVE AS WELL AS JUDICIAL FRAUD, AND ZERO-TIMES

8  THIS CASE BACK TO MAY 8th of 2003.

9

10 PLEASE CONSIDER NOW Attachment-1, EXHIBIT-E, ATTACHMENT-

11 1(pg.165): THE JUSTICE DEPT.'S CONTENTIONS OF *RES JUDICATA*

12 AND ADVERSE JURISDICTION ARE DEAD ON ARRIVAL AS PLAINTIFF'S

13 FILING IN DISTRICT COURT OF AN EQUITY-BASED RULE 60(b)(4)

14 CASE OF FRAUD IS FULLY AUTHORIZED UNDER **SOX 18 U.S.C. §**

15 **1514(A)(d) Title IX, 28 USC 1983** *AND* **Dodd-Frank § 921-929A**

16 **(Exhibit-L pgs. 467-478).**

17

18 -THE SENSE BEHIND THE 90-DAY STATUTE OF LIMITATION OF AIR-

19 21 IS THAT NOT ALL AIR CARRIERS AND OPERATORS ARE PUBLICLY-

20 TRADED CONCERNS; HOWEVER UNITED IS. THIS UNITED AIRLINES IS

21 **PRIMARILY** A PUBLICLY-TRADED CORPORATION WHICH **HAPPENS** TO BE

22 AN AIRLINE (Registered simply as: UAL). THEREFORE BY ALL

23 LAWFUL REASON, UNITED FALLS UNDER THE JURISDICTION OF **BOTH**

24 AIR-21 ((The) "Whistleblower Statutes") ((At) Title-49 USC)

25 **AND** THE SOX ((The) "Whistleblower Statutes") ((At) Title-18

USC). THE FACT THAT ALL REVIEWING PERSONS AND VENUES THUS

FAR VISITED HAVE TIP-TOED AROUND AND FAILED TO ACKNOWLEDGE

6

1   (Rules of Evidence AND Judicial Discrimination) THAT UNITED

2   AIRLINES IS **ALSO** SUBJECT TO THE SOX AND THE DODD-FRANK

3   WHISTLEBLOWER PROVISIONS (18 USC § 1514A(d) (e)(1)) / D. F.

4   § 921 - 929(A) (Attachment-1 Exhibit-L pgs. 467- 478).

5   CLEARLY SHOWS THAT THESE REVIEWING PERSONS AND VENUES

6   INCLUDING THE DEPT. OF LABOR AND U.S. ATTORNEY'S OFFICE ARE

7   ESSENTIALLY **NULLIFYING** A VAST BODY OF LAW (A TENTH

8   AMENDMENT (Bill of Rights) VIOLATION BY ACTORS INSTALLED

9   INSIDE THE FEDERAL GOVERNMENT; To wit: Treason.) DESIGNED

10  FOR TWO REASONS ONLY: TO PROTECT THE PUBLIC AND FOSTER

11  INTERSTATE COMMERCE.

12

13  IN THAT THESE GOVERNMENT PERSONS AND VENUES ARE FACTUALLY

14  IN THE CONSTITUTIONAL *ERROR* OF **DEFENDING** THIS (Publicly-

15  Traded) CORPORATION AS FACILITATORS AND ATTORNEYS

16  (Exceeding Jurisdiction and Judicial Discrimination) FRCP

17  60(b)(4)). THEREFORE IN THIS BACKDROP OF PERJURY, STATUTE

18  NULLIFICATION, SHIFTING DEFENSES, COMPLETE DENIAL OF

19  JURISPRUDENCE AND SIMPLE DUE PROCESS, AN ERRANT JUDGE WHO

20  OBTUSELY REFUSED TO RECUSE HERSELF, PLAINTIFF'S NON-

21  SUBSTITUTION OF CAUSES, FAULTS AND FACTS, THE DOCTRINE OF

22  *RES JUDICATA* DOES NOT APPLY; FOR THE RULES OF THE SARBANES-

23  OXLEY ACT AND DODD-FRANK ARE THE PROVISIONS OF LAW WHICH

24  WILL, IN THIS ACTION, HANG UNITED AIRLINES AND THE IAM AND

25  BOTH KNOW IT. ALL COSTS AND RESTITUTION IN THIS CASE SHALL

    BE BORNE BY UNITED AIRLINES, THOSE INDIVIDUALS LISTED

    ABOVE, AND THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND

1    AEROSPACE WORKERS (The IAM) AND THESE CONCERNS AND PERSONS

2    ALONE, AND NOT THE DEPT OF LABOR AS A GOVERNMENTAL

3    ORGANIZATION. SO THEN, WHOM IS THE U.S. ATTORNEY'S OFFICE

4    **REALLY** DEFENDING? AND WHY IS THE JUSTICE DEPT. INVOLVED IN

5    *DEFENDING* OUTRIGHT INJUSTICE? (Exceeding Constitutional

6    Authority). THIS CLEARLY SHOWS CORRUPTION IN THE SYSTEM,

7    VIOLATIONS OF CIVIL RICO, JUDICIAL BIAS AND ABUSE

8    (Oppression), EXTRA-JUDICIAL ACTIVITY (Obstruction) AND A

9    NECESSARY ADJUDICATION BEFORE A JURY UNDER AMENDED RULE

10   60(b) AND / OR STATE-AUTHORIZED CIVIL RICO. FOR UNDER THE

11   CIVIL RIGHTS CODE, THE CONSTITUTION **GUARANTEES** RESTITUTION

12   VIA AN OPEN-ENDED DUE PROCESS OF LAW BEFORE AN **IMPARTIAL**

13   JUDICIARY FOR WRONGS COMMITTED AGAINST A PERSON OR HIS

14   PROPERTY REGARDLESS OF WHERE OR HOW SUCH JUSTICE IS **LEGALLY**

15   OBTAINED. THESE WHISTLEBLOWER STATUTES ARE FROM THE OUTSET

16   ADMINISTRATIVE IN NATURE, THEREFORE ANY LEGAL OR JUDICIAL

17   AUTHORITY IN THE UNITED STATES (INCLUDING THE JUSTICE DEPT.

18   OR STATE SUPERIOR COURT) CAN ADMINISTER THEM UNDER JUST

19   CAUSE; INCLUDING CIVIL RICO: 15 U.S.C. § 780(B); 15 U.S.C.

20   § 80(B)(3): **A HEARING OFFICER: "MAY GRANT...SUMMARY**

21   **DISPOSITION IF THERE IS NO GENUINE ISSUE WITH REGARD TO ANY**

22   **MATERIAL FACT AND THE PARTY MAKING THE MOTION IS ENTITLED**

23   **TO A SUMMARY DISPOSITION AS A MATTER OF LAW."**

24   **17 C.F.R. § 201.250(B). TO WIT: IF THE ORDINARY AVENUES OF**

25   **IMPARTIAL REVIEW ARE, FOR WHATEVER REASON, UNAVAILABLE OR**

     **WORSE STILL, BLOCKED FROM CITIZEN ACCESS, THEN THE**

     **AGGRIEVED HAS THE RIGHT UNDER TITLE IX OF THE CONSTITUTION**

1  TO SEEK SUCH RESTITUTION IN ANY JURISDICTION OR COMPETENT

2  COURT ELSEWHERE.  *Jackson v. Birmingham Board of Education*

3  THEREFORE IN THIS CASE, THE JUSTICE DEPARTMENT, BY

4  EXCEEDING ITS LAWFUL AUTHORITY, HAS NO LEGAL STANDING

5  WHATSOEVER AND IN RESULT, WARS AGAINST THE CONSTITUTION.

6  -(See: Exhibits-A, B, C, D, AND E)-
-(See Case Law: THE DOCTRINE OF SUBSTANCE RATHER THAN
7    FORM)-
-(See Case Law: UNCLEAN HANDS AND THE FOUNDATIONS OF
8    EQUITY)-
-(See Case Law: INTERPOSITION AND NULLIFICATION)-
9  -(See: Exhibit-V of ATTACHMENT-1 Part-V: THE DECLARATION OF
10   PRINCIPLES ON EQUALITY 2008; THE EQUAL RIGHTS TRUST PGS.
     12-15-

11
2. -Section 806 of Sarbanes-Oxley (The SOX) creates a
12  federal civil right of action on behalf of any employee of
a publicly traded company, or any employee of a contractor
13  of a publicly traded company, who is subject to
discrimination [Including Judiciary] in retaliation for
14  reporting corporate fraud or accounting abuses. Sarbanes-
Oxley Act, 18 U.S.C. § 1514(A)(d) (2002). Section 806
15  prohibits publicly traded companies from discriminating
against an employee in retaliation for any lawful act done
16  by the employee to: (1) provide information or otherwise
assist in any investigation regarding conduct that the
17  employee reasonably believes constitutes a violation of
federal securities fraud statutes or SEC rules, provided
18  the investigation is conducted by a federal regulatory or
law enforcement agency, any Member of Congress or
19  congressional committee, or a person with managerial
authority within the publicly traded corporation; or (2)
20  file, testify, participate in, or otherwise assist in any
proceeding related to an alleged violation of corporate
21  fraud laws or regulations. *Id.-*

22

23  In addition, there are the "criminal" whistleblower
provisions. Anyone (Including Judges and Court Clerks) is
24  subject to criminal prosecution for taking "any action
harmful to any person" for providing "to a law enforcement
25  officer" "any truthful information relating to the
commission or possible commission of any federal offense."
Violations of this provision can result in fines or 10
years in prison, or both. This provision is codified at 18
U.S.C. §1513(e).

9

1

2   Unlike SOX's new civil whistleblower provisions, this new
    subsection subjects anyone (including judges) to
3   prosecution for committing one of the prohibited acts.
    Although included within its sweep, the focus of this new
4   violation is not merely corporate securities wrongdoing;
    instead, this law makes it a crime to interfere with an
5   informant's livelihood in retaliation for the informant's
    truthful reporting of possible wrongdoing in violation of
6   federal criminal law. Thus, for example, §1513(e) would
    apply to a bank president who fired an internal auditor for
7   reporting that the president was embezzling funds. But a
    much less obvious example—although no less true—is that
8   §1513(e) would make it a federal crime to let the air out
    of the tires on the working vehicle of someone who reported
9   a camper in a federal park for failing to extinguish his
    campfire.
10

11  In short, the sweep of §1513(e) is vast. The only relevant
    issues are as follows:
12
    1. Did the informant report what he perceived to be federal
13  criminal conduct to a law enforcement officer?  (Yes).

14  2. Did the Defendant interfere with the informant's
    livelihood because he did so? (Yes).
15

16      3.        18 U.S.C. § 1514(A)(d)(2002), Re: JURISDICTION, *RES
                  JUDICATA* AND STATUTES OF LIMITATION ON A SOX AND
17                      NON-SOX WHISTLEBLOWER CLAIM
                          -(The Law is Specific)-
18

19  18 U.S.C. § 1514(A) Reporting any Violation to a Federal
    Regulatory or Law Enforcement Agency [The FAA (Under "Air-
20  21": 49 USC § 42121(A)]:

21  18 U.S.C. § 1514(A)(d) [ALL] Rights Retained by Employee—
    Nothing in this section shall be deemed to diminish the
22  rights, privileges, or remedies of any employee under any
    Federal or State law, or under any collective bargaining
23  agreement.

24  18 U.S.C. § 1514(A)(e)(1) Nonenforceability of Certain
    Provisions Waiving Rights and Remedies….The rights and
25  remedies provided for in this section may not be waived by
    any agreement, policy form, or condition of employment.….

                        AUTHORITY:

                                                          10

(Case Law: *"The Significance of the Sarbanes-Oxley Whistleblower Provisions"* Daniel P. Westman (Cd-Rom EXHIBIT-J)

FOR THE LAST TIME THIS PLAINTIFF SHALL EXPLAIN THE

FOLLOWING INDISPUTABLE TRUTHS TO THOSE POSSESSING THE

UNCOMMON ABILITY TO READ (And Understand) THE ENGLISH

LANGUAGE: THAT UNDER SOX 806(d), codified at: 18 USC §

1514(A)(d)(e)(1)), **ALL** REMEDIES (INCLUDING CIVIL RICO (18

U.S.C. § 1513(e)) AND A RULE 60(b) TRIAL BEFORE A JURY **AND**

TIME-LIMIT TOLLING IF NECESSARY: 28 USC 959(a); the Equity

Rules of the Corporate Chapt.-11 Bankruptcy Code See: CD-

rom Attachment-1 Exhibit-M: UAL v. Nazir) **OUTSIDE** THE

STATUTORY SCHEME OF AIR-21 IS AUTHORIZED AND ARE AVAILABLE

TO AN AGGRIEVED EMPLOYEE UNDER THE SOX AND NEWLY-ENACTED

DODD-FRANK. **AIR-21, THE SOX AND DODD-FRANK ARE ALL TIED TO**

**THE WAIST AT: 18 U.S.C. § 1514(A)(d)(2002) *infra;* THERE**

**SHOULD BECOME NO DISPUTE HERE WHATSOEVER.** ALL A

WHISTLEBLOWER NEED SHOW IS PROVABLE RETALIATION, WHICH

PLAINTIFF HAS JUSTLY SO DONE IN 2007. THE LOGIC BEHIND THE

90-DAY STATUTE OF LIMITATION IS MERELY TO ESTABLISH THE

VERITY THAT WHISTLEBLOWER RETALIATION INDEED HAPPENED. NOT

TO QUASH A CASE AFTERWARD; HENCE UNITED AND THE IAM's CRUDE

ATTEMPT AT A CAUSE AND DEFENSE OF ASSAULT AND BATTERY IN

THE OAKLAND COMMITTEEMAN'S OFFICE ON MAY 8, 2003; WHICH

LATER ON UTTERLY AND COMPLETELY FAILED. **THE "INVESTIGATION"**

**PHASE IS NOW *OVER*.** THE MOMENT, THE **SECOND** THAT UNITED

AIRLINES CAUSED ITS MINIONS IN THE 9TH CIRCUIT COURT OF

11

APPEALS (Siler, Bey and McKeown) TO ILLEGALLY CHANGE THE

PLEADINGS **SUA-SPONTE** (A Single-sided Defense i.e.

Obstruction of Justice and Exceeding Jurisdiction); FROM AN

ASSAULT CHARGE TO ONE OF ADVERSE JURISDICTION (Fully

Authorized under 806(d) and 959(a)), THE FULL WEIGHT AND

EFFECT OF SOX 806(d) i.e. **FREEDOM OF SPEECH (§ 1514(A)(d))**

**WAS *SILENTLY YET COMPLETELY* ESTABLISHED.** PERIOD. **REGARDLESS**

OF *WHEN* OR *WHERE* THE INSTANT CASE WAS FILED—A MOOT POINT

**AFTER** WHISTLEBLOWER RETALIATION HAS BEEN FIRMLY ESTABLISHED

(*Respondeat Superior's* [United's] Shifting Defenses, Frauds

on the Court *and* Civil RICO). AND ALL OF THE LYING,

SHIFTING POSITIONS, STATUTE NULLIFICATION, CORRUPTION AND

COURT FIXING IN THE WORLD WILL NOT CHANGE THIS; SO LONG AS

THERE ARE DETACHED REVIEWERS INVOLVED THAT ARE

INDEPENDENTLY-MINDED AND ASTUTE ENOUGH TO RECOGNIZE IT.


**-THE MOST SALIENT POINT AND ACCORDINGLY, THE POINT FOR**
**SUMMARY JUDGMENT IN THIS INSTANT CALIFORNIA CASE IS THAT**
**FREEDOM OF SPEECH WAS DEFINITIVELY ESTABLISHED YEARS AGO**
***supra*; *REGARDLESS* OF HOW HIDDEN BY INVENTIVE LEGAL THEORY**
**OR DEFECTIVE PROCEDURAL CLAIMS BY THE OTHER SIDE(S) (Abuse**
**of Process). IN 2003, PLAINTIFF WAS FIRED BY UNITED**
**AIRLINES FOR CALLING THE POLICE ON HIS COMMITTEEMAN; WHICH**
**MORPHED (Or Better Still; *Corrupted* ) INTO A BOLDFACED LIE**
**IN WILKEN'S DISTRICT COURT OF AN *ALLEGATION* OF *FIGHTING* THE**
**SAME MAN; NOT FOR BAD LEGAL PAPERWORK OR LATE FILINGS**
**(Exhibits E and U of Attachment-1).**

THE ABOVE NEOLITHIC BEHAVIOR OF THIS COMPANY IS WHAT THE IAM, THE COURTS, THE LABOR DEPARTMENT AND FINALLY, THE U.S. ATTORNEY'S OFFICE IS AND HAS BEEN *DEFENDING*. Therefore under RICO, this Plaintiff now relies on the equity powers of the California courts for a just outcome; for the Federal System will NEVER allow this Plaintiff his rightful due; no matter what. This is why they are all here.

It is well established under Title VII of the Civil Rights Act of 1964 that a retaliation claim may go forward even if the underlying protected act is determined to be faulty-

> "*It is not who is right, but what is right, that is of importance.*"
> Thomas Huxley

THE FACT THAT THE DEPT. OF LABOR USED THESE ALREADY EXCUSED 13 MONTHS (UNDER THE SOX **AND** 1331) PRIOR TO DISTRICT COURT FILING AS A BASIS FOR ITS CLAIMS OF LATE FILING, PRECLUDES THIS TACTIC AS A DEFENSE UNDER THE ADMINISTRATIVE PROCEDURES ACT AND JUDICIAL ESTOPPEL. C 04-3787 CW WAS ENJOINED WITH 2008-AIR-003 (*Purposely* Excluding the SOX) BY ADMINISTRATIVE LAW JUDGE GERALD ETCHINGHAM, THE LATE FILING DEFENSE CARRYING OVER TO 2008-AIR-003. IF, IN *THEIR* REASONING, THIS CARRYING OVER DEFENSE IS AUTHORIZED PURSUANT TO RULE 559 OF THE ADMINISTRATIVE PROCEDURES ACT (Which it is Not), THEN JURISPRUDENCE AND THE RULES OF EQUITY ALSO ALLOW A CARRYING OVER OF JUDICIAL ESTOPPEL (LATCHES) See: 29 CFR § 1977.18(a)(3) (See: Cong. Rec.,

13

1   vol. 116 p. P. 42206 Dec. 17, 1970) (THE) ADMINISTRATIVE

2   PROCEDURES ACT 5 U.S.C. § 559.

3

4   AS ABOVE, IN 2007, BY WAY OF (Illegal) *SUA SPONTE* SHIFTING

5   POSITIONS, THE NINTH CIRCUIT COURT AND LABOR DEPT. NOT

6   PLAINTIFF ESTABLISHED THE FACT THAT PLAINTIFF INDEED

7   POSSESSED A SOX AND AIR-21 CASE (No: "Calling the Police"

8   or "Assault and Battery" explored in their published (and

9   unpublished) Opinions), WHICH UNDER THE CONSTITUTION, NOW

10  MAKES THIS CASE SECURE FROM **PROCEDURAL** FAILURE AFTER THE

11  FACT. IT HAD BEEN SO SINCE AUGUST 31, 2007 (See: SOX §

12  806(d); Codified at: 18 USC § 1514A(d)(e)(1)). THAT

13  PLAINTIFF'S LETTER OF CONCERN TO THE FAA WAS (And Still Is)

14  PROTECTED FIRST AMENDMENT SPEECH WHICH IN AND OF ITSELF IS

15  NOW AND ALWAYS HAS BEEN UNASSAILABLE UNDER ANY RULE, CODE

16  OR LAW WHICH EXISTS TO UPSET IT, **INCLUDING** CLAIMS OF

17  STATUTE LIMITATIONS AND *RES JUDICATA*:

18  **4. SOX Section 806 is implicated any time a covered
    employee lawfully acts: (1) to provide information, cause
19  information to be provided, or otherwise assist in an
    investigation regarding any conduct which the employee
20  reasonably believes constitutes a violation of section
    1341, 1343, 1344, or 1348, any rule or regulation of the
21  Securities and Exchange Commission, or any provision of
    Federal law relating to fraud against shareholders, when
22  the information or assistance is provided to or the
    investigation is conducted by — (A) a Federal regulatory or
23  law enforcement agency; (B) a Member of Congress or any
    committee of Congress; or (C) a person with supervisory
24  authority over the employee (or such other person working
    for the employer who has the authority to investigate,
25  discover, or terminate misconduct); or (2) to file, cause
    to be filed, testify, participate in, or otherwise assist
    in a proceeding filed or about to be filed (with any
    knowledge of the employer) relating to an alleged violation**

14