incorporates same by reference, as if all were set forth fully herein. Substance prevails over Form.

At various times and places partially enumerated in Plaintiff's documentary material, all Defendants did acquire and / or maintain, directly or indirectly, an interest in or control of a RICO enterprise of individuals who were associated in fact and who did engage in, and whose activities did affect, interstate and foreign commerce, all in violation of 18 U.S.C. §§ 1961(4),(5), (9), 1962(b); and SOX § 1514A(d)(e)(1) and 73 1513(e)(f) (Prohibited Activities).

During the nine (9) calendar years succeeding May 8, 2003 A.D., all Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 U.S.C. §§ 1961(1)(A) and (B), and did so in violation of the RICO law at 18 U.S.C. 1962(b) and SOX 1514A(d)(e)(1) and 73 1513(e)(f) (Prohibited activities).

Plaintiff further alleges that all Defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, i.e. a continuing threat of their respective racketeering activities, also in violation of the RICO law at 18 U.S.C. 1962(b) supra. Pursuant to the

35

original Statutes at Large, the RICO laws itemized above are to be <u>liberally construed</u> by this honorable Court. Said construction rule was never codified in Title 18 of the United States Code, however. See: <u>84 Stat. 947, Sec. 904, Oct. 15, 1970.</u>

*Respondeat Superior* (Principal is <u>also</u> liable for agents' misconduct: knowledge of, participation in, and benefit from a RICO enterprise).

## COUNT TWO:
### Conduct and Participation in a RICO Enterprise through a Pattern of Racketeering Activity:
### 18 U.S.C. §§ 1961(5), 1962(c) 18 USC § 1514A(d)(e)(1)

Plaintiff now re-alleges each and every allegation as set forth above, and hereby incorporates same by reference, as if all were set forth fully herein. In the pursuit of Justice, Substance prevails over Form.

At various times and places partially enumerated in Plaintiff's documentary material, all Defendants did associate with a RICO enterprise of individuals who were associated in fact and who engaged in, and whose activities did affect, interstate and foreign commerce. Likewise, all Defendants did conduct and / or participate, either directly or indirectly, in the conduct of the affairs of

36

said RICO enterprise through a pattern of racketeering activity, all in violation of <u>18 USC § 1514A(d)(e)(1), 18 U.S.C. §§ 1961(4),(5),(9), 1513(e)(f), and 1962(c) and The Bill of Rights.</u>

During the nine (9) calendar years succeeding May 8, 2003 A.D., all Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 USC § 1514A(d)(e)(1), 18 U.S.C. §§ 1961(1)(A) and (B), and did so in violation of the RICO law at 18 U.S.C. 1962(c) (Prohibited activities).

Plaintiff further alleges that all Defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, i.e. a continuing threat of their respective racketeering activities, also in violation of the RICO law at 18 U.S.C. 1962(c) *supra*. Pursuant to 84 Stat. 947, Sec. 904, Oct. 15, 1970, the RICO laws itemized above are to be liberally construed by this honorable Court. Said construction rule was never codified in Title 18 of the United States Code, however (as explained above).

## COUNT THREE:

### Conspiracy to Engage in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(d)

Plaintiff now re-alleges each and every allegation as set forth above, and hereby incorporates same by reference, as if all were set forth fully herein.

In the Pursuit of Justice under RICO, Substance prevails over form.

At various times and places partially enumerated in Plaintiff's documentary material, all Defendants did conspire to acquire and maintain an interest in a RICO enterprise engaged in a pattern of racketeering activity, in violation of 18 U.S.C. §§ 1962(b) and (d). At various times and places partially enumerated in Plaintiff's documentary material, all Defendants did also conspire to conduct and participate in said RICO enterprise through a pattern of racketeering activity, in violation of 18 U.S.C. §§ 1962(c) and (d). See also 18 U.S.C. §§ 1961(4)(5), and (9), and 18 USC § 1514A(d)(e)(1), 73 1513(e)(f), and the Bill of Rights.

During the nine (9) calendar years preceding succeeding May 8, 2003 A.D., all Defendants did cooperate jointly and severally in the commission of two (2) or more of the predicate acts that are itemized at 18 U.S.C. §§ 1961(1)(A) and (B), in violation of 18 U.S.C. 1962(d), and 18 USC § 1514A(d)(e)(1), 73 1513(e)(f), and the Bill of Rights.

38

1  Plaintiff further alleges that all Defendants did commit
2  two (2) or more of the offenses itemized above in a manner
3  which they calculated and premeditated intentionally to
4  threaten continuity, i.e. a continuing threat of their
5  respective racketeering activities, also in violation of 18
6  U.S.C. 1962(d) (Prohibited activities supra). Pursuant to
7  84 Stat. 947, Sec. 904, Oct. 15, 1970, the RICO laws
8  itemized above are to be liberally construed by this
9  honorable Court. Said construction rule was never codified
10 in Title 18 of the United States Code, however (as
11 explained above).

12
13
14                 **III. A BILL OF PARTICULARS**
15
16 It is here that Plaintiff shall explain to this honorable
17 Superior Court whom each Defendant is and what is and was
18 his or her role as an actor in this Instant Case. Again,
19 each and every one of these persons are being sued in their
20 individual character as citizens of this State and Union
21 and not in their professional capacities—however it is
22 necessary to so state this, that their roles can become
23 fully realized. This Part (III) is being faithfully
24 chronicled as recalled by memory in the manner in which
25 each individual appeared and what they did in the overall
   making of a Cause and Claim of Civil RICO:

39

(A) 1. UNITED AIRLINES, Inc.
*Respondeat Superior* (i) and (ii) *infra*

2. GLENN F. TILTON

Chairman, President and Chief
Executive Officer of United Airlines, Inc. (2003)

Who allowed his Senior Officers and Managers to engage in Whistleblower Retaliation, assault, Labor Law and Civil Rights Violations at his former Oakland Maintenance Facility. Then covering up for and defending the same, regardless of the consequences.

In the context of Civil RICO, Tilton, as a voluntary Corporate Leader, should and must hold the most responsibility (See: Control Persons; Section 929(O)(c) of Dodd-Frank: *SEC v. Nature's Sunshine Prods., et al., SEC Litigation Release No. 21162 (July 31, 2009); SEC v. Maurice R. Greenberg and Howard I. Smith, SEC Litigation Release No. 21170 (Aug. 6, 2009)*.

3. WILLIAM RONALD (RON) KING (Perjury Inclusive (2003))
4. SAMUEL "SAM" RAWLS (2003)
5. MICHAEL CONAGHAN (2003)
6. CHRIS CARRICK (2003)

Causes Under Civil RICO:

MAKERS AND CONTINUED MAINTENANCE OF A CRIMINAL ENTERPRISE
AS SPECIFIED IN Elements (A),(B), and (C) *supra*

SOX § 806 (d), 1513(e), 3(b); and Section 21F of the Securities Exchange Act of 1934, 49 USC 42121(The "Air-21")
Whistleblower Statutes

(i) The fact that this case was retaliation in its purest form is no longer disputed at all by Respondent, United Airlines; the charges against Complainant (assault on a man / bringing the Alameda Co. Sheriff on Company property) haven been long since quietly and summarily dropped in 2007. For nearly ten years now, United has yet to present by: *"clear and convincing evidence"* (29 USC 660 (C)3(B)) that Complainant would have on May 8, 2003 been terminated for anything at all *except* Whistleblower Retaliation under the "Air-21" Statutes *and* the SOX.

(ii) All inferred in all Parts and Incorporations included herewith culminate in this initial insert of this Bill of Particulars. United's already admitted guilt is

40

unquestionable in this case and now, what this airline and its leaders are doing constitute a chisel to the very foundations of law, fairness and equity, as well as violations of the Equal Employment Act of 1991. And needless to say, this sprinkling of stated actors is merely the tip of a very large, powerful and dangerous iceberg. In conclusion to this Part, it must be understood by this honorable Superior Court that in it all, these persons did it to themselves whatever sanctions and punishments meted in this action in the name of justice.

---

(A) 1. THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS (The IAM):

2. R. THOMAS BUFFENBARGER
International President (2003)

In the context of Civil RICO, Buffenbarger, as a voluntary Organizational Leader, should and must hold the most responsibility (See: Control Persons Section 929(O)(c) of Dodd-Frank: *SEC v. Nature's Sunshine Prods., et al.*, SEC Litigation Release No. 21162 (July 31, 2009); *SEC v. Maurice R. Greenberg and Howard I. Smith*, SEC Litigation Release No. 21170 (Aug. 6, 2009).

3. RICH DELANEY
President and Directing General Chairperson
IAMAW Air Transport Lodge 141 (2003)

4. ROBERT ROACH, JR.
General Vice President of Transportation
Local Lodge 1781 (2003)

5. WILLIAM MICHAEL FITZPATRICK
(Former) Vice President of the Mechanic's Local; United Airlines
Lodge 1781 (2003)

6. JAVIER LECTORA
(Former) IAMAW Committeeman United Airlines
Oakland Maintenance Facility
Local Lodge 1781 (2003)

7. ROBERT JOHN WALTON

<u>(Former) IAMAW Airframe Maintenance Shop Steward United Airlines
Oakland Maintenance Facility
Local Lodge 1781 (2003)</u>

Section 3(b)(1) of the SOX:

<u>"A violation by any person" of any provision of the SOX "shall be treated for all purposes in the same manner as a violation of the Securities Exchange Act of 1934 . . . and such person shall be subject to the same penalties, and to the same extent, for a violation of that Act."</u>

An international Trade Union affiliated with the AFLCIO which Primary Function is through the constraints of By-Laws and negotiated Collective Bargaining Agreements between <u>paid</u> members and a (supposedly) non-affiliated employer. In this instance the IAM and United Airlines acted as one in complete violation of nearly every Rule and Code of Common Law.

In this Capacity as a <u>paid</u> Employee Representative, this IAM as well as its International President, <u>SWORE</u> to follow the Codes and Canons of 29 CFR 458.2-THE BILL OF RIGHTS OF MEMBERS OF LABOR ORGANIZATIONS, and The BILL OF RIGHTS OF MEMBERS OF LABOR ORGANIZATIONS Under LMRDA. (TITLE I 29 U.S.C. 411 § 101(a)(1)(4)(5) See Attachment-1 Cd-rom Exhibits R & S Respectively).

Causes Under Civil RICO:

1. <u>ASSOCIATION IN FACT IN THE ENHANCEMENT AND CONTINUATION OF A CRIMINAL ENTERPRISE SOX § 1513(e)</u>

2. <u>VIOLATIONS of 29 CFR 458.2-THE BILL OF RIGHTS OF MEMBERS OF LABOR ORGANIZATIONS, and The BILL OF RIGHTS OF MEMBERS OF LABOR ORGANIZATIONS Under LMRDA. (TITLE I 29 U.S.C. 411 § 101(a)(1)(4)(5), and THE RAILWAY LABOR ACT 29 U.S.C. 411</u>

3. <u>AIDING AND ABETTING A CRIMINAL ACTOR IN DIRECT VIOLATION OF Dodd-Frank, Sec. 929N,(Amending 15 USC 80b-9, with new Sect. 209), CONTROL PERSONS AS EXPLAINED PURSUANT TO Section 929(o)(c) of Dodd-Frank, and Section 20(a) of the Security Exchange Act.</u>

4. <u>VIOLATIONS OF THE EQUAL EMPLOYMENT ACT OF 1991</u>

42

### -The Dodd-Frank Act permits the SEC to bring aiding and abetting actions against those who "knowingly or recklessly" provide substantial assistance to the Primary Violation-

Attention is now drawn to Exhibits A, C, and G of CD-rom Attachment-1. In these Filings it is shown that:

On May 8, 2003 at approximately 1500 (3:00 pm), in violation of Element-2 *supra,* Plaintiff was <u>ordered</u> into the former Oakland Maintenance Center Committeeman's Office and immediately set upon for a <u>PLANNED</u> assault.

Knowing this to be a setup by both before mentioned parties, Complainant did not foolishly react in kind, but instead called the Alameda County Sheriff to report the assault.

Both United Airlines and the IAMAW knew fully well but did not care in the least that such a vicious and unmitigated gambit would be a flagrant and gross violation of Labor Law, and Complainant's Civil Rights (See: Spears v. Missouri Dep't. of Corr. & Human Resources 210 F.3d 850, 853 (8th Cir. 2000)).

### -Clearly a Reason Alone to Grant Plaintiff all Relief Requested under RICO-

After reporting the assault to the Alameda County Sheriff, United's Oakland officials with the IAM in attendance, and after a lengthy phone deliberation, had no recourse but to resort to what was no more than criminal fraud: ***"We are not firing you for assaulting Javier Lectora. We cannot prove this. We are firing you for bringing the police on Company property, and not allowing Oakland Management to take care of the situation."***

This dire verdict was continually repeated, agreed upon and confirmed by Oakland Managers Sam Rawls and Michael Conaghan, Foreman Ron King and IAM Shop Steward, one Patrick Conlan.

-Labor arbitrators have stated that the correctness of a discharge: ***"Must stand or fall upon the reason given at the time of discharge."*** ( *West Va. Pulp & Paper Co., 10 Lab. Arb. 117, 118 1947 O. Fairweather, Practice and Procedure in Labor Law & E. Elkouri, How Arbitration Works 634-635 (3d ed. 1973).):* ***"One of the rules in arbitration is that the Company must have its proof in hand before it***

43

*takes disciplinary action against an employee. The Company does not take the disciplinary action and then spend eight months digging up supporting evidence to justify its actions. In addition, the use of the gleanings evidence prevented the Grievant from knowing the full extent of the charge against him. Who knows what action the Grievant or the Union would have taken if the gleanings evidence had been made known from the outset of the Company's investigation."* App. to Pet. for Cert. 47 A. O. Fairweather, Practice and Procedure in Labor Arbitration 303-306 (2d ed. 1983); F. Elkouri & E. Elkouri, How Arbitration Works 634-635(3d ed. 1973)).

To galvanize all charges *supra,* all this honorable Superior Court need do is examine Exhibit-C of Attachment-1. No legitimate union on earth would allow to stand an unsigned Document of Termination unless this union also bears a hand in the above stated predicate act(s). In that this IAM Union demanded dues from Complainant for 13 years at $32.00 per month; a grand total of nearly $5,000.00.

Knowing fully well of Complainant's Letter of Concern to the FAA, this contracted Union from its highest levels in Elk Grove Village, Illinois did conspire with Respondent to terminate Complainant through the crudest and harshest of ways, then outright abandon him in the end. Even though this IAM Union demands dues from all, it openly selects those whom it will and not defend (Fraud. see 29 U.S.C. 411 (4)(5)) (CD-rom Exhibits E & G).

## (C) THE UNITED STATES DISTRICT COURT of NORTHERN CALIFORNIA
Title 42 U.S.C.A. 1981, 1983, 1985, 1986 and 1988:

### Section 3(b)(1) of the SOX:

*"A violation by any person"* of any provision of the SOX *"shall be treated for all purposes in the same manner as a violation of the Securities Exchange Act of 1934 . . . and such person shall be subject to the same penalties, and to the same extent, for a violation of that Act."*

"It is never the high-profile cases involving the rich and famous which determines the true worth of a judiciary. To the contrary. It is how it handles the small cases

44

*involving the least of us which determines the true worth and character of an individual judge."*

-Dominick Dunne-

*"No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States...Congress by its words and meaning enacted the Civil Rights Act of 1871 and that meaning included judges to be held responsible to an injured plaintiff for the deprivation of Constitutional Rights..."*

Rabon v. Rowen Memorial Hosp., Inc. 269 NSI. 13, 152 S.E.2d 485, 493 (`1967).

-To a True United States Federal or Appellate Judge; any penniless, homeless beggar deserves just as much or <u>more</u> power, right, honor and respect as the most powerful corporation, military organization, governmental unit or even the President himself. If this does not happen, <u>no one</u> other than a brainwashed fool will respect their country or the Laws which govern them thereof:

-Attorney Superior Johnny Cochran-

1. JAMES S. WARE

Causes Under Civil RICO:

1. ASSOCIATION IN FACT IN THE ENHANCEMENT AND CONTINUATION OF A CRIMINAL ENTERPRISE
SOX § 1513(e)(f)

2. DERELICTION OF DUTY
Title 42 U.S.C.A., 1983 pg. 27, Line 15, *supra*

A United States Government Employee, then as now carrying on the tax-payer supported capacity of a Title-III Chief Judge. In this Capacity, this Government Employee swore an Oath to: Uphold the Canons and Codes of the U.S. Judiciary which gave to him such powers and responsibilities as a Federal Judge, and to obey the United States <u>Constitution</u> in his dealings with the Public at Large who come before him—<u>REGARDLESS</u> of their Race, Color, National Origin, Religion, Monetary Means or Station in Life. In that as a Chief Judge of this Court, he is <u>directly</u> responsible for the causes and actions of those persons operating below him—<u>including</u> the actions of his Court Clerk.

45

In that on January 20, 2012, Ware was warned of a dire situation in his Court of a certain Judge named Claudia Wilken who by weight of a: **"PLAINTIFF'S MOTION IN DEMAND FOR RECUSAL"** (Exhibit-A of Exhibit-B). Expressly required her removal from a case which she had no jurisdiction to act or administer orders under Canon-3(c) of the Judicial Code, codified at: Title 28 U.S.C. §§ 455(a) and 144. In this juncture Ware, knowing of these potential harms to the simple course of due justice, chose to sit idly by and do nothing to ensure the integrity of a vast judicial body he so chose to lead.

-Therefore in the context of Civil RICO, Ware, as a voluntary judicial leader should and must hold the most responsibility-

## 2. CLAUDIA WILKEN

Causes Under Civil RICO:

1. ASSOCIATION IN FACT IN THE ENHANCEMENT AND CONTINUATION OF A CRIMINAL ENTERPRISE
SOX § 1513(e)

2. VIOLATIONS OF THE JUDICIAL CANONS AND CODES
Title 28 U.S.C. §§ 455(a), 28 U.S.C. sec. 47, and 144.

3. VIOLATIONS OF THE EQUAL EMPLOYMENT ACT OF 1991

4. VIOLATION OF A CITIZEN'S CIVIL RIGHTS UNDER THE COLOR OF LAW: Title 18, Section 242; (2 Counts):

Count-1: PERJURY (Felony Charges of Assault and Battery against Plaintiff in her own Court of Law i.e.: Fraud on the Court by the Court: "Fighting on Company Property")
April 14, 2005
(Exhibit-H Element-40)

Count-2: Case Dismissal for the sole Purpose of Obstruction of Justice and Inflicting Unwarranted Punishment (Retaliation and Oppression in Office) for Demanding her Recusal; May 1, 2012 (Attachment-1, Exhibit-C of Exhibit-B; Exhibit-E pgs. 177-201) (See also: State v. Colclazier, 2002 OK JUD 1, 106 P.3d 138.)

A United States Government Employee, then as now carrying on the tax-payer supported capacity of a Title-III Judge. In this Capacity, this Government Employee swore an Oath before Congress to: Uphold the Canons and Codes of the U.S. Judiciary which gave to her such powers and

46

1  responsibilities as a Federal Judge, and to obey the
2  United States Constitution in her dealings with the Public at Large who come before her—REGARDLESS of their Race,
3  Color, National Origin, Religion, Monetary Means or Station in Life. If any Government Employee refuses to
4  follow or violate any one of such structures and strictures of Responsibility, Privilege and Law, under the
5  Law, that person automatically becomes a liar to his or her Oath, and a Trespasser in the honored Halls of the
6  Judiciary. This Claudia Wilken is a Liar and a Trespasser of the honors of the Judiciary.
7
## (i) WILKEN'S SECOND PREDICATE ACT
8  **May 1, 2012**

9  Attention should now be directed to CD-rom Attachment-1, Exhibit-B and A of B, and Exhibit-E pgs. 177-201). In this
10 Body it is clearly Shown that on May 1, 2012, this Claudia Wilken; in direct violation of 28 U.S.C. § 47, 28 USC §
11 455(b), Title 42 U.S.C. § 1983 and 28 U.S.C. § 144 did
12 issue a Final Order Dismissing Plaintiff's Rule 60(b) Case while she *also knew* a Petition for a Writ of Prohibition
13 for her removal was still pending in Appellate Court, staying the proceedings and thus the status quo—clearly
14 showing both an unshakable compulsion and burning desire to corrupt her granted power to impartially adjudicate, to one
15 of a single-minded resolve to unjustly punish and continue Plaintiff's financial hardship, as clearly shown in these
16 electronic Exhibits. Wilken would not have done such a thing if this Plaintiff's name was United Airlines, Bill
17 Gates or Warren Buffett; though the Constitution and Canon-3(c) of the Judiciary (The Authorities by which she is
18 Mandated by Congress, State and Federal Law to follow)
19 makes no such distinction. Therefore Wilken was acting on her own volition (*ultra vires*), operating outside both.
20
   Not only does this make her May 1st Order Null and Void
21 under TITLE 42, § 1988, it also makes Wilken a felon (Constitutional Treason) under every sense of the word; for
22 issuing: Dispositive Orders as a Title-III Judge while an Appellate Court Filing pursuant to 28 U.S.C.§ 47 was still
23 pending in a Higher Court; and is also just cause for her instant removal for Obstruction of Justice (73 USC § 1505)
24 from the Bench as an Arbiter of the Law via a Bench Order from this Superior Court to the District Attorney's Office,
25 if this honorable Court so chooses. At either rate her Dismissal Order of May 1, 2012 has no legal force or effect whatsoever and Plaintiff's Rule 60(b) is still active in the District Court until another judge can become seated.

47

-No judge would perform such actions unless compelled to do so by extra-judicial sources. This single action is Wilken's Second Predicate Act over nine (9) years under Civil RICO-

### (ii) WILKEN'S FIRST PREDICATE ACT

Attention should now be directed to CD-rom Attachment-1, Exhibit-H; which is the Civil Docket Sheet of C 04 3787 CW, and Exhibit-B, which should be incorporated herewith in this Element-(ii) in its entirety. This Exhibit-B, unnecessary to repeat or expound upon here, explains the complete wrongs in the actions of this woman and is a primary as well as reasonable predicate basis for granting Plaintiff all relief sought, or those as this honorable Superior Court so sees fit.

### 3. RICHARD W. WIEKING

**Causes Under Civil RICO:**

**1. ASSOCIATION IN FACT IN THE ENHANCEMENT AND CONTINUATION OF A CRIMINAL ENTERPRISE INCLUDING OBSTRUCTION OF JUSTICE (2 Counts)**
**73 USC § 1505 and SOX § 1513(e)**

**2. VIOLATIONS OF THE EQUAL EMPLOYMENT ACT OF 1991**

A United States Government Employee, then as now carrying on the tax-payer supported capacity of a Senior Court Clerk. In this capacity Wieking shoulders many responsibilities including, most importantly, Responsibility for Docket Case Load Assignment.

Directly responsible for the conduct of his staff, Wieking was instrumental in the nascent of this case and the intentional making of Civil RICO by channeling Plaintiff's Rule 60(b) case from the chambers of Magistrate Judge Elizabeth Laporte to the chambers of Claudia Wilken. In this juncture, Wieking knew, or should have known that Plaintiff all but demanded, after paying $375.00 of his wife's hard-earned money to the desk clerks on duty at the time (December 27, 2011), that he did not want anything at all to do with Claudia Wilken. He repeated this several times, as reasonably stipulated in Exhibit-B. Here, it is Plaintiff's firm and impressionable belief that through the Dept. of Labor, United Airlines learned of the Rule 60(b) filing and contacted Wieking, telling him to send the Case across the Bay to Wilken. The Case was already killed by those three above, even before it reached Wilken's

48

Chambers. Therefore Wieking is a hidden kingpin in the common chain of the criminal enterprise 73 USC § 1505. And this nefarious scenario can be easily realized by any logical person.

Again, the Rules of RICO stipulate that a Plaintiff acting as a limited Attorney General *ex rel* need not prove *any* of these points, but merely convey an "impressionable belief to the best of his ability" (i.e. the Basis for a Grand Jury Investigation, which this honorable Superior Court can order or recommend at any time). Too, Wieking actually endorsed Wilken's illegal Order of May 1, 2012 (73 USC § 1505; Second Predicate Act) knowing beforehand that Plaintiff's case was on hold, pending a Writ determination in the 9th Circuit Court.

**UNITED STATES CODE, TITLE 42, SECTION 1986:** Every person who, having knowledge that any of the wrongs are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do…shall be liable. **NO EXCLUSION FOR JUDGES BY ANY ACT OF CONGRESS…UNITED STATES CODE, TITLE 42, SECTION 1988: "When any court violates the clean and unambiguous language of the Constitution, a fraud is perpetrated and no one is bound to obey it."** State v. Sutton, 63 Minn. 147 65 NW 262 30 ALR 660. See: Watson v. Memphis, 375 US 526; 10 L Ed 529; 83 S. Ct. 1314 See: Williams v. UAL No. 05-17072 D.C. No. CV-04-03787-CW

(D) **THE NINTH (9th) CIRCUIT COURT of APPEALS**
**Title 42 U.S.C.A. 1981, 1983, 1985, 1986 and 1988:**

**1. Alex Kozinski**

Causes Under Civil RICO:

**1. ASSOCIATION IN FACT IN THE ENHANCEMENT AND CONTINUATION OF A CRIMINAL ENTERPRISE**
**SOX § 1513(e)**

**2. DERELICTION OF DUTY**
**Title 42 U.S.C.A., 1983 pg. 27, Line 15, *supra***

A United States Government Employee, then as now carrying on the tax-payer supported capacity of a Title-III Chief Judge. In this Capacity, this Government Employee swore an Oath before Congress to: Uphold the Canons and Codes of the

49

U.S. Judiciary which gave to him such powers and responsibilities as a Federal Judge, and to obey the United States Constitution in his dealings with the Public at Large who come before him—REGARDLESS of their Race, Color, National Origin, Religion, Monetary Means or Station in Life. In that as a Chief Judge of this Court, he is directly responsible for the causes and actions of those persons operating below him—including the actions of his Court Clerk.

In that on September 1, 2010, Kozinski was asked by Plaintiff to monitor the actions of his Court in San Francisco. In that three Appellate Judges in this Court—Eugene E. Siler, M. Margaret McKeown and Carlos T. Bey had issued a one-sided and illegal (Dispositive) *Sua-Sponte* decision in defense of United Airlines, in violation of Civil RICO. Again, on this date and on December 28, 2010 Plaintiff warned this same Chief Judge of the injustice going on inside his court, and possible violations of the Judicial Code, soon to come: (Canon-3(c) codified at: Title 28 U.S.C. §§ 455(a) and 144. In this juncture Kozinski, knowing of these potential harms to the simple course of due justice, chose to sit idly by and do nothing to ensure the integrity of a vast judicial body he so chose to lead.

**-Therefore in the context of Civil RICO, Kozinski, as a voluntary judicial leader should and must hold the most responsibility-**

**2. APPELLATE PANEL-ONE: EUGENE E. SILER, CARLOS T. BEY AND M. MARGARET MCKEOWN**

Causes Under Civil RICO:

**1. ASSOCIATION IN FACT IN THE ENHANCEMENT AND CONTINUATION OF A CRIMINAL ENTERPRISE SOX § 1513(e)**

**2. OBSTRUCTION OF JUSTICE (73 USC § 1505 (2 Counts))**

**3. VIOLATIONS OF THE JUDICIAL CANONS AND CODES Title 28 U.S.C. §§ 455(a), 28 U.S.C. sec. 47, and 144.**

**3. VIOLATION OF A CITIZEN'S CIVIL RIGHTS UNDER THE COLOR OF LAW Title 18, Section 242; (2 Counts):**

**4. VIOLATIONS OF THE EQUAL EMPLOYMENT ACT OF 1991**

United States Government Employees, then as now carrying on the tax-payer supported capacity of Appellate Court Judges. In this Capacity, these Government Employees swore an Oath before Congress to: Uphold the Canons and Codes of the U.S. Judiciary which gave to all of them combined such powers and responsibilities as Federal Appellate Judges, and to obey the United States Constitution in their dealings with the Public at Large who come before them— REGARDLESS of their Race, Color, National Origin, Religion, Monetary Means or Station in Life. If any Government Employee refuses to follow or violate any one of such structures and strictures of Responsibility, Privilege and Law, under the Law, that person, each and all of them combined automatically becomes a liar to his or her Oath, and a Trespasser in the honored Halls of the Judiciary. These named Appellate Court Judges are Liars and Trespasser of the honors of the Judiciary.

### (i) APPELLATE PANEL ONE'S SECOND PREDICATE ACT
### June 28, 2011 (See: 73 USC § 1505)

Attention should now be directed to CD-rom Attachment-1, Attachment-1 of Exhibit-F (Pg. 28); which is Panel-One's refusal to rehear the Case Filing *en-banc*, regardless of those wrongs shown and, which should be incorporated herewith in this Element-(i) in its entirety. This Exhibit-F, unnecessary to repeat or expound upon here, explains the complete wrongs in the actions of this Appellate Panel and is a primary as well as reasonable predicate basis for granting Plaintiff all relief sought, or those as this honorable Superior Court sees fit.

### (ii) APPELLATE PANEL ONE'S FIRST PREDICATE ACT
### August 31, 2007 (See: 73 USC § 1505)

Attention should now be directed to CD-rom Attachment-1, Exhibit-A of Exhibit-F. In this Opinion it is clearly Shown that on August 31, 2007, in direct violation of 28 U.S.C. § 47, 28 USC § 455(b), Title 42 U.S.C. § 1983 and 28 U.S.C. § 144 this Panel did issue a Final Order Dismissing Plaintiff's Appeal by stating and in result, representing as Federal Judges the following boldfaced lie; one which all of them combined knew or should have known to be a lie:

> "...*We hold that the WPP does not create such a right of action and affirm the district court's dismissal of Williams's action on the basis that the district court lacked subject matter jurisdiction*...

<u>The Opposite Holds True (pgs. 7-12 *supra*); thus rendering this Order Null and Void, its makers culpable under Civil RICO. The Chief Judge (Kozinski in Pasadena, Ca.) has a copy of Exhibit-F and he proffered no move whatsoever to change things (Dereliction of Duty):</u>

-Section 806 of Sarbanes-Oxley (The SOX) creates a <u>federal civil right of action</u> on behalf of any employee of a publicly traded company, or any employee of a contractor of a publicly traded company, who is subject to discrimination [Including Judiciary] in retaliation for reporting corporate fraud or accounting abuses. Sarbanes-Oxley Act, 18 U.S.C. § 1514(A)(d)(2002) <u>(See Cd-Rom Exhibit-A. Original FAC pgs. 1-2) See also: Title 18, Section 242-</u>

AUTHORITY <u>(One of Many)</u>:

(Case Law: *"The Significance of the Sarbanes-Oxley Whistleblower Provisions"*
Daniel P. Westman (Cd-Rom EXHIBIT-J)

This Panel of three judges would not have done such a thing if this Plaintiff's name was United Airlines, Bill Gates or Warren Buffett; though the Constitution and Canon-3(c) of the Judiciary (The Authorities by which all of them combined is <u>Mandated</u> by Congress, State and Federal Law to follow) makes no such distinction. Therefore Siler, Bey and McKeown were acting on her own volition, operating outside both.

-No judge would perform such actions unless <u>compelled</u> to do so by extra-judicial sources. This single action is Panel One's First Predicate Act over nine (9) years under Civil RICO-

<u>2. APPELLATE PANEL-TWO: SIDNEY R THOMAS, BARRY G. SILVERMAN and RICHARD R. CLIFTON</u>

Causes Under Civil RICO:

1. ASSOCIATION IN FACT IN THE ENHANCEMENT AND CONTINUATION OF A CRIMINAL ENTERPRISE
<u>SOX § 1513(e)</u>

<u>2. OBSTRUCTION OF JUSTICE (73 USC § 1505 (2 Counts))</u>

3. VIOLATIONS OF THE JUDICIAL CANONS AND CODES
<u>Title 28 U.S.C. §§ 455(a), 28 U.S.C. sec. 47, and 144.</u>

52

### 4. VIOLATION OF CITIZEN'S CIVIL RIGHTS UNDER THE COLOR OF LAW Title 18, Section 242; (2 Counts):

### 5. VIOLATIONS OF THE EQUAL EMPLOYMENT ACT OF 1991

United States Government Employees, then as now carrying on the tax-payer supported capacity of Appellate Court Judges. In this Capacity, these Government Employees swore an Oath before Congress to: Uphold the Canons and Codes of the U.S. Judiciary which gave to all of them combined such powers and responsibilities as Federal Appellate Judges, and to obey the United States Constitution in their dealings with the Public at Large who come before them— REGARDLESS of their Race, Color, National Origin, Religion, Monetary Means or Station in Life. If any Government Employee refuses to follow or violate any one of such structures and strictures of Responsibility, Privilege and Law, under the Law, that person, each and all of them combined automatically becomes a liar to his or her Oath, and a Trespasser in the honored Halls of the Judiciary. These named Appellate Court Judges are Liars and Trespasser of the honors of the Judiciary.

### (i) APPELLATE PANEL TWO'S SECOND PREDICATE ACT October 25, 2011 (See: 73 USC § 1505)

Attention should now be directed to CD-rom Attachment-1, Attachment-2 of Exhibit-D (Pg. 71); which is Panel-Two's refusal to recall the Mandate and rehear the Case Filing *en-banc*, under those Civil Rights Code enumerated *supra*, regardless of those wrongs shown and, which should be incorporated herewith in this Element-(i) in its entirety. This Exhibit-D, unnecessary to repeat or expound upon here, explains the complete wrongs in the actions of this Appellate Panel and is a primary as well as reasonable predicate basis for granting Plaintiff all relief sought, or those as this honorable Superior Court sees fit.

### (ii) APPELLATE PANEL TWO'S FIRST PREDICATE ACT August 11, 2011 73 USC § 1505 (See also: Title 18, Section 242)

Attention should now be directed to CD-rom Attachment-1, Exhibit-A of Exhibit-D (pg. 36). In this Opinion it is clearly Shown that on August 1, 2011, in direct violation of 28 U.S.C. § 47, 28 USC § 455(b), Title 42 U.S.C. § 1983 and 28 U.S.C. § 144 this Panel did issue a Final Order

Dismissing Plaintiff's Appeal under 49 USC 42121(b)(4)(A) affirming the ARB's contentions of Statute Limitations after a Dispositive showing under SOX 806, and Freedom of Speech was clearly established on August 31, 2007; thus ignoring exploratory and substantive law and precedents, already set by OSHA and the Administrative Review Board during Corporate Chapt.-11 Restructuring (Arbitrary and Capacious), reasonably articulated in Exhibit-D.

However, what rises to the level of Civil RICO is the illegal omitting (73 USC § 1505) from Discourse i.e.: NULLIFYING the following Statutes of Right which clearly wins Plaintiff's Case: **Section 806 of Sarbanes-Oxley Section 1107, 18 USC § 1514A(d)(e)(1)(2002), 73 1513(e)(f), and 28 USC 959(a); the equity Rules of the Corporate Chapt.-11 Bankruptcy Code—all used in conjunction with and enhancement of Air-21 (49 USC 42121(b)) during said Corporate Bankruptcy.**

In the pursuit of Justice under RICO, Substance Prevails over Form.

**This Element-(ii) *supra* makes this Order of August 11, 2011 Null and Void under Civil RICO, its makers culpable under the same. The Chief Judge (Kozinski in Pasadena, Ca.) has a copy of Exhibit-D and he proffered no move whatsoever to change things (Dereliction of Duty):**

-Section 806 of Sarbanes-Oxley (The SOX) creates a federal civil right of action on behalf of any employee of a publicly traded company, or any employee of a contractor of a publicly traded company, who is subject to discrimination [Including Judiciary] in retaliation for reporting corporate fraud or accounting abuses. Sarbanes-Oxley Act, 18 U.S.C. § 1514(A)(d)(2002) (See Cd-Rom Exhibit-A. Original FAC pgs. 1-2) See also: Title 18, Section 242-

AUTHORITY (One of Many):

(Case Law: WILLIAM J. HOLLOWAY & MICHAEL J. LEECH, *EMPLOYMENT TERMINATION RIGHTS AND REMEDIES* App. C (2d ed. 1993 & Supp. 2003). 64. Id.

This Panel of three judges would not have done such a thing if this Plaintiff's name was United Airlines, Bill Gates or Warren Buffett; though the Constitution and Canon-3(c) of the Judiciary (The Authorities by which all of them combined is Mandated by Congress, State and Federal Law to follow) makes no such distinction. Therefore Siler, Bey and

54