1 with respect to the federal zone [sic], for the benefit of
2 Plaintiff, his heirs and assigns.
3
4 10. That Plaintiff have such other and further relief as
5 this Court deems just and proper, including **Immediate**
6 **Return to Work, I.A.W. a long unjustly denied Motion for**
7 **Preliminary Injunction filed herewith, and concurrently in**
8 **the Equal Employment Opportunity Commission under RICO**, and
9 applicable fines under California Law, under the
10 circumstances reasonably articulated in this action, whole
11 and part.
12
13         **ON ALL COUNTS AND STIPULATIONS HEREOF:**
14 1. That this honorable Superior Court liberally construe
15 the RICO Laws and thereby find that all Defendants have
16 associated with a RICO *enterprise* of *persons* and other
17 individuals who were associated in fact, all of whom did
18 engage in, and whose activities did affect, interstate and
19 foreign commerce in violation of the RICO Law at 18 U.S.C.
20 1962(c) and 18 U.S.C. § 1513(e), (Prohibited activities).
21
22 2. That this same honorable Court liberally construe the
23 RICO laws and thereby find that all Defendants have
24 conducted and/or participated, directly or indirectly, in
25 the affairs of said RICO *enterprise* through a *pattern of*
*racketeering activity* in violation of the RICO Laws at and

1  18 U.S.C. § 1513(e), 18 U.S.C. §§ 1961(5) ("pattern"
2  defined) and 1962(c) *supra*.
3
4
   3. That all Defendants and all of their directors,
5
   officers, employees, agents, servants and all other *persons*
6
   in active concert or in participation with them, be
7
   enjoined *temporarily* during pendency of this action, and
8
   *permanently* thereafter, from associating with any RICO
9
   *enterprise* of *persons*, or of other individuals associated
10
11 in fact, who do engage in, or whose activities do affect,
12 interstate and foreign commerce.
13
14 4. That all Defendants and all of their directors,
15 officers, employees, agents, servants and all other *persons*
16 in active concert or in participation with them, be
17 enjoined *temporarily* during pendency of this action, and
18 *permanently* thereafter, from conducting or participating,
19 either directly or indirectly, in the conduct of the
20 affairs of any RICO *enterprise* through a *pattern of*
21 *racketeering activity* in violation of the RICO Laws at 18
22 U.S.C. §§ 1961(5), 1962 and 18 U.S.C. § 1513(e),
23
   (c) *supra*.
24
25
   5. That all Defendants and all of their directors,
   officers, employees, agents, servants and all other *persons*

76

in active concert or in participation with them, be enjoined *temporarily* during pendency of this action, and *permanently* thereafter, from committing any more predicate acts in furtherance of the RICO *enterprise* alleged in ALL COUNTS AND SPECIFICATIONS *supra*.

6. That all Defendants be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C. 1962(c) and 18 U.S.C. § 1513(e), *supra* and from all other violation(s) of applicable State and federal law(s). That judgment be entered for Plaintiff and against all Defendants for Plaintiff's actual damages, and for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(c) and 18 U.S.C. § 1513(e), *supra*, according to the available proof attached herein.

8. That all Defendants pay to Plaintiff treble (triple) damages, under authority of 18 U.S.C. 1964(c), for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(c) *supra*, according to the available proof attached herein.

9. That all Defendants pay to Plaintiff all damages sustained by Plaintiff in consequence of Defendants'

77

several violations of 18 U.S.C. 1962(c) and 18 U.S.C. § 1513(e), *supra*, according to the available proof attached herein.

10. That all Defendants pay to Plaintiff His costs of the lawsuit incurred herein including, but not limited to, all necessary research, all non-judicial enforcement and all reasonable document fees, at a minimum of $250.00 per hour worked (Legal Document Preparer's Standard Professional Rate at start of this action).

11. That all damages caused by all Defendants, and all gains, profits, and advantages derived by all Defendants, from their several acts of racketeering in violation of 18 U.S.C. 1962(c) ) and 18 U.S.C. § 1513(e), *supra* and from all other violation(s) of applicable State and federal law(s), be deemed to be held in constructive trust, legally foreign with respect to the federal zone [*sic*], for the benefit of Plaintiff, His heirs and assigns.

12. That Plaintiff have such other and further relief as this honorable Court deems just and proper, under the full range of relevant circumstances which have occasioned this instant action. Nothing in this Damages Matrix is to be considered by anyone as overly onerous, since as stated

before, these persons and organizations did this to themselves. So they have no one else to blame but themselves.

### (V). SUMMARY OF DAMAGES

(Entities and Persons per Item-(III) *supra*)
A Summary of Damages Under Civil RICO:

"Persons [including judiciary] who knowingly, with the intent to retaliate, take actions harmful to such whistleblowers, including interfering with the whistleblower's employment or livelihood, are subject to fines (up to $250,000 for individuals and $500,000 for organizations) and / or imprisonment for up to 10 years. The criminal provision provides for "extraterritorial Federal jurisdiction" (18 U.S.C. § 1513(d)),

### 1. UAL, INC.
#### (A) RETALIATORY DISCRIMINATION
#### (Whistleblower Statutes)

(i) All Back Wages and Raises, Including Eligible Overtime and Interest, Prorated at 10 percent per Quarter over Nine Years and Counting; I.A.W TITLE 26 of the INTERNAL REVENUE CODE CHAPTER 67(C) § 6621. (A Conservative Estimate; See- Bigelow v. RKO Radio Pictures, Inc., 327 U.S. 251, 264 (1946).):

$4,200,000.00: Four-Million, Two-Hundred Thousand U.S. Dollars.

(B) Summary of Consequential Damages:

**(i)** Loss in Possession and Equity of Primary Residence; including Litigation: (2228 E. 20th St. in Oakland, Ca. (Williams v. Wells-Fargo Bank; Cal. Sup. RG09442752 December 2009):

$450,000.00 **(Four-Hundred-Fifty-Thousand US Dollars)**

**(ii)** Loss of Possession of Domestic Furnishings, Business-Related Computers, Camera and Electronic Equipment; including all (Some Irreplaceable) Aircraft Mechanic's Tools and Boxes, necessary for Plaintiff's livelihood.

$60,000.00 **(Sixty-Thousand US Dollars)**

**(iii)** Loss in Possession and Equity of Interest in 4534 Congress Ave.—a large 4-plex apartment bldg. in Oakland, Ca; including Litigation: (Williams v. Phillips Properties; Cal. Sup. RG-05222179 September, 2009):

$275,000.00 **Two-Hundred Seventy-Five-Thousand US Dollars**

Prorated at 10 percent per Quarter over Four Years and Counting; I.A.W TITLE 26 of the INTERNAL REVENUE CODE CHAPTER 67(C) § 6621.

**(iv)** Loss of Credit Standing (Wife Included):

$40,000.00 **Forty-Thousand US Dollars**

**(v)** Intentional Infliction of Emotional Distress and Civil Rights Violations i.e.: Causing Plaintiff to become set upon and assaulted by his Committeeman in a controlled setting (May 8, 2003):

$5,000,000.00 **Five Million US Dollars**

**(vi)** Fraud:

(Intentional Misrepresentation i.e.: Assault Charge on Javier Lectora so stated in District Court; Later on Withdrawn. Court Fixing (Obstruction and Abuse of Process), and Frauds on the Court):

$20,000,000.00 Twenty Million U.S. Dollars

(vii) Fraud:

(Negligent Misrepresentation i.e.: Failure to Follow Vacation Scheduling Official Representations and Procedures For The Sole Cause of Whistleblower Retaliation):

$1,000,000.00 One Million US Dollars

(viii) Nine Months of Paid Vacation including all Holidays, Birthdays and Anniversary Days (Prorated as of January 1, 2004).

(ix) 1,296 additional hours Sick Time (Prorated as of January 1, 2004).

(x) 20,000 hrs of Legal Work, Filings and Research at $250.00 per hour standard Document Preparer's Rate (A Conservative Estimate (Attorneys Charge Twice as Much)) over nine years:                $5,000,000.00

(C) SUB-TOTAL:                $36,025,000.00

Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $108,075000.00
One-Hundred-Eight Million Seventy Five Thousand US Dollars

___

2. GLENN F. TILTON

(See: Control Persons; Section 929(O)(c) of Dodd-Frank Codified at 17 C.F.R. § 230.405 (2005).):
$2,000,000.00 Two Million US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $6,000,000.00 Six Million US Dollars

3. WILLIAM RONALD (RON) KING
$250,000.00 Two Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $750,000.00 Seven Hundred Fifty Thousand US Dollars

4. SAMUEL "SAM" RAWLS
$250,000.00 Two Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $750,000.00 Seven Hundred Fifty Thousand US Dollars

5. MICHAEL CONAGHAN
$250,000.00 Two Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $750,000.00 Seven Hundred Fifty Thousand US Dollars

6. CHRIS CARRICK
$250,000.00 Two Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $750,000.00 Seven Hundred Fifty Thousand US Dollars

TOTAL: $8,250,000.00 Eight Million Two Hundred Fifty Thousand US Dollars

**THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS (The IAM)**

$500,000.00 Five Hundred Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $1,500,000.00 One Million Five Hundred Thousand US Dollars

Intentional Infliction of Emotional Distress, Violations of Title VII of the Civil Rights Act of 1964; i.e.: Causing Plaintiff to become set upon and assaulted by his Committeeman in a controlled setting (May 8, 2003), Violations of the Equal Employment Act of 1991:
$5,000,000.00 Five Million US Dollars

**1. R. THOMAS BUFFENBARGER**
(See: Control Persons; Section 929(O)(c) of Dodd-Frank Codified at 17 C.F.R. § 230.405 (2005).):
$2,000,000.00 Two Million US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $6,000,000.00 Six Million US Dollars

**2. RICH DELANEY**
$250,000.00 Two Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $750,000.00 Seven Hundred Fifty Thousand US Dollars

**3. ROBERT ROACH, JR.**
$250,000.00 Two Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)

83

(18 U.S.C. 1964(c)): $750,000.00 Seven Hundred Fifty Thousand US Dollars

4. WILLIAM MICHAEL FITZPATRICK (PERJURY INCLUSIVE i.e.: CONSEQUENTIAL DAMAGES)
$750,000.00 Seven Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $2,250,000.00 Two Million Two Hundred Fifty Thousand US Dollars

5. JAVIER LECTORA (PERJURY INCLUSIVE i.e.: CONSEQUENTIAL DAMAGES)
$750,000.00 Seven-Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $2,250,000.00 Two Million Two Hundred Fifty Thousand US Dollars

6. ROBERT JOHN WALTON (PERJURY INCLUSIVE i.e.: CONSEQUENTIAL DAMAGES)
$750,000.00 Seven Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $2,250,000.00 Two Million Two Hundred Fifty Thousand US Dollars

TOTAL: $13,250,000.00 Thirteen Million Two Hundred Fifty Thousand US Dollars

1. JAMES S. WARE

(See: Control Persons; Section 929(O)(c) of Dodd-Frank Codified at 17 C.F.R. § 230.405 (2005).):

$5,000,000.00 Five Million US Dollars

Triple Damage Multiplier (3x)

(18 U.S.C. 1964(c)): $15,000,000.00 Fifteen Million US Dollars

2. CLAUDIA WILKEN

Frauds on the Court by the Court

Civil Rights Violations (Title 18, Section 242)

Violation of the Equal Employment Act of 1991

$1,500,000.00 One Million Five Hundred Thousand US Dollars

Triple Damage Multiplier (3x)

(18 U.S.C. 1964(c)): $4,500,000.00 Four Million Five Hundred Thousand US Dollars

3. RICHARD W. WIEKING

SOX § 1513(e)(OBSTRUCTION)

Civil Rights Violations (Title 18, Section 242)

Violation of the Equal Employment Act of 1991

$1,000,000 One Million US Dollars

Triple Damage Multiplier (3x)

(18 U.S.C. 1964(c)): $3,000,000 Three Million US Dollars

TOTAL: $22,500,000.00 Twenty Two Million Five Hundred Thousand US Dollars

---

1. ALEX KOZINSKI

(See: Control Persons; Section 929(O)(c) of Dodd-Frank Codified at 17 C.F.R. § 230.405 (2005).):

85

$5,000,000.00 Five Million US Dollars

Triple Damage Multiplier (3x)

(18 U.S.C. 1964(c)): $15,000,000.00 Fifteen Million US

Dollars

2. EUGENE E. SILER

Frauds on the Court by the Court

Civil Rights Violations (Title 18, Section 242)

Violation of the Equal Employment Act of 1991

$1,000,000 One Million US Dollars

Triple Damage Multiplier (3x)

(18 U.S.C. 1964(c)): $3,000,000.00 Three Million US

Dollars

3. CARLOS T. BEY

Frauds on the Court by the Court

Civil Rights Violations (Title 18, Section 242)

Violation of the Equal Employment Act of 1991

$1,000,000 One Million US Dollars

Triple Damage Multiplier (3x)

(18 U.S.C. 1964(c)): $3,000,000.00 Three Million US

Dollars

4. M. MARGARET MCKEOWN

Frauds on the Court by the Court

Civil Rights Violations (Title 18, Section 242)

Violation of the Equal Employment Act of 1991

$1,000,000 One Million US Dollars

Triple Damage Multiplier (3x)

(18 U.S.C. 1964(c)): $3,000,000.00 Three Million US

Dollars

5. SIDNEY R THOMAS,

<u>Frauds on the Court by the Court</u>
<u>Civil Rights Violations (Title 18, Section 242)</u>
<u>Violation of the Equal Employment Act of 1991</u>
<u>$1,000,000 One Million US Dollars</u>
<u>Triple Damage Multiplier (3x)</u>
<u>(18 U.S.C. 1964(c)): $3,000,000.00 Three Million US Dollars</u>

6. <u>BARRY G. SILVERMAN</u>
<u>Frauds on the Court by the Court</u>
<u>Civil Rights Violations (Title 18, Section 242)</u>
<u>Violation of the Equal Employment Act of 1991</u>
<u>$1,000,000 One Million US Dollars</u>
<u>Triple Damage Multiplier (3x)</u>
<u>(18 U.S.C. 1964(c)): $3,000,000.00 Three Million US Dollars</u>

7. <u>RICHARD R. CLIFTON</u>
<u>Frauds on the Court by the Court</u>
<u>Civil Rights Violations (Title 18, Section 242)</u>
<u>Violation of the Equal Employment Act of 1991</u>
<u>$1,000,000 One Million US Dollars</u>
<u>Triple Damage Multiplier (3x)</u>
<u>(18 U.S.C. 1964(c)): $3,000,000.00 Three Million US Dollars</u>

8. <u>SIDNEY R THOMAS</u>
<u>Frauds on the Court by the Court</u>
<u>Civil Rights Violations (Title 18, Section 242)</u>
<u>Violation of the Equal Employment Act of 1991</u>
<u>$1,000,000 One Million US Dollars</u>
<u>Triple Damage Multiplier (3x)</u>

87

(18 U.S.C. 1964(c)): $3,000,000.00 Three Million US Dollars

9. **CONSUELO M. CALLAHAN**
Frauds on the Court by the Court
Civil Rights Violations (Title 18, Section 242)
Violation of the Equal Employment Act of 1991
$250,000.00 Two Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $75,000 Seventy Five Thousand US Dollars

10. **MARY H. MURGUIA**
Frauds on the Court by the Court
Civil Rights Violations (Title 18, Section 242)
Violation of the Equal Employment Act of 1991
$250,000.00 Two Hundred Fifty Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $75,000 Seventy Five Thousand US Dollars

**TOTAL:** $37,500,000.00 Thirty Seven Million Five Hundred Thousand US Dollars

---

1. **HILDA SOLIS**
(See: Control Persons; Section 929(O)(c) of Dodd-Frank Codified at 17 C.F.R. § 230.405 (2005)):
$2,000,000.00 Two Million US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $6,000,000.00 Six Million US Dollars

2. **WAYNE C. BEYER**
Frauds on the Court by the Court
Civil Rights Violations (Title 18, Section 242)
Violation of the Equal Employment Act of 1991
$1,500,000 One Million Five Hundred Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)):$4,500,000.00 Four Million Five Hundred Thousand US Dollars

3. **OLIVER M. TRANSUE**
Frauds on the Court by the Court
Civil Rights Violations (Title 18, Section 242)
Violation of the Equal Employment Act of 1991
$1,500,000 One Million Five Hundred Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)):$4,500,000.00 Four Million Five Hundred Thousand US Dollars

4. **PAUL IGASAKI**
Frauds on the Court by the Court
Civil Rights Violations (Title 18, Section 242)
Violation of the Equal Employment Act of 1991
$1,500,000 One Million Five Hundred Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $4,500,000.00 Four Million Five Hundred Thousand US Dollars

5. **E. COOPER BROWN**
Frauds on the Court by the Court
Civil Rights Violations (Title 18, Section 242)
Violation of the Equal Employment Act of 1991
$1,500,000 One Million Five Hundred Thousand US Dollars
Triple Damage Multiplier (3x)

(18 U.S.C. 1964(c)): $4,500,000.00 Four Million Five Hundred Thousand US Dollars

6. GERALD ETCHINGHAM (2007)
Frauds on the Court by the Court
Civil Rights Violations (Title 18, Section 242)
Violation of the Equal Employment Act of 1991
$1,500,000 One Million Five Hundred Thousand US Dollars
Triple Damage Multiplier (3x)
(18 U.S.C. 1964(c)): $4,500,000.00 Four Million Five Hundred Thousand US Dollars

TOTAL: $28,500,000.00 Twenty Eight Million Five Hundred Thousand US Dollars

---

**TOTAL DAMAGES (Minimum Under Civil RICO): $235,575,000.00 TWO HUNDRED THIRTY FIVE MILLION, FIVE HUNDRED SEVENTY FIVE THOUSAND US DOLLARS**

The damage matrix is three-dimensional: for each Defendant, there are Actual, Consequential, and Punitive damages.

**JURY DEMAND**

Plaintiff hereby demands trial by jury on all issues triable to a jury lawfully convened.

**(VI). LIST OF EXHIBITS**

Pursuant to 18 U.S.C. 1961(9), Plaintiff now formally incorporates His *documentary material* by reference to all of the following Exhibits incorporated in Attachment-1, as if hard-copied fully herein:

| | |
|---|---|
| **Exhibit "A" with Cover Sheet** | **Exhibit "L" with Cover Sheet** |
| **Exhibit "B" with Cover Sheet** | **Exhibit "M" with Cover Sheet** |
| **Exhibit "C" with Cover Sheet** | **Exhibit "N" with Cover Sheet** |
| **Exhibit "D" with Cover Sheet** | **Exhibit "O" with Cover Sheet** |
| **Exhibit "E" with Cover Sheet** | **Exhibit "P" with Cover Sheet** |
| **Exhibit "F" with Cover Sheet** | **Exhibit "Q" with Cover Sheet** |
| **Exhibit "G" with Cover Sheet** | **Exhibit "R" with Cover Sheet** |
| **Exhibit "H" with Cover Sheet** | **Exhibit "S" with Cover Sheet** |
| **Exhibit "I" with Cover Sheet** | **Exhibit "T" with Cover Sheet** |
| **Exhibit "J" with Cover Sheet** | **Exhibit "U" with Cover Sheet** |
| **Exhibit "K" with Cover Sheet** | **Exhibit "V" with Cover Sheet** |

## (VII). VERIFICATION

I, Anthony L. Williams, *Sui Juris*, Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the United States of America, that the above statement of facts and laws is true and correct, according to the best of My Current Information, Knowledge,

and Belief, so help me God, pursuant to 28 U.S.C. 1746(1).

(See the Supremacy Clause in the Constitution for the United States of America, as lawfully amended (hereinafter "U.S. Constitution")).

Dated: June 14, 2012 A.D.

Signed: /s/ Mr. Anthony L. Williams

Initial COMPLAINT: Civil RICO Page 92 of 95

Table of Authorities Incorporated In-Body

Cd-Rom (Released Shareware) Attachment-1 Page-95

# AFFIRMATION OF SERVICE BY REGULAR AND CERTIFIED MAIL

Under penalty of perjury, Plaintiff affirms that on the date below he sent via Certified and Regular Mail to the Following Entities and Individuals, at their Homes or Separately Sealed at Their Places of Employment:

Three printed pages containing: 1. A Summons (California Form SUM-100)

2. Both Title Pages

3. Attachment-1 Cd-rom

Plaintiff further affirms that only *Respondeat Superior* United Airlines has a complete printed Hard Copy of Original FAC and Preliminary Injunction; both incorporated in .pdf electronic format on Attachment-1.

| | |
|---|---|
| UNITED AIRLINES, INC. WHOLQ<br><br>P.O. Box 66100<br>Chicago, IL 60666 | OFFICE OF THE ADMINISTRATIVE LAW JUDGES<br><br>#50 Fremont St. Ste. 2100<br>San Francisco, CA 94105 |
| UNITED STATES FEDERAL DISTRICT COURT WESTERN DIVISION<br><br>1301 Clay Street, Suite 400 S<br>Oakland, CA 94612-5212 | The International Association of Machinists and Aerospace Workers<br><br>9000 Machinists Place<br>Upper Marlboro, Maryland 20772-2687 |
| THE JAMES R. BROWNING APPELLATE COURTHOUSE<br><br>#95 7th St.<br>San Francisco, CA 94103 | IAMAW Air Transport Lodge 141<br><br>1771 Commerce Drive, Suite 103<br>Elk Grove Village, IL 60007 |

|  |  |
|---|---|
| IAMAW Air Transport Lodge 141<br>Local Lodge 1781<br><br>1511 Rollins Road, Burlingame, CA 94010 | THE ADMINISTRATIVE REVIEW BOARD USDOL<br><br>200 Constitution Ave., NW<br>Washington, DC 20210 |

| | | |
|---|---|---|
| Javier Lectora<br><br>4719 Koala Ct.<br>Antioch, CA | Robert John Walton<br><br># 8 Monteira Ln.<br>Martinez, CA 94553 | William Michael Fitzpatrick<br><br>30 San Palilo Ct.<br>Danville, CA 94526 |

## FILED IN ATTENDANCE

| | |
|---|---|
| JONATHAN U. LEE<br>U.S. ATTORNEY'S OFFICE CIVIL DIV.<br><br>450 Golden Gate Ave.<br>9TH Floor<br>San Francisco, CA 94102-3495 | THE HONORABLE ERIC HOLDER JR.; ATTORNEY GENERAL of the UNITED STATES; USDOJ<br><br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

Date: June 14, 2012

Mr. Anthony L. Williams
(510) 536-5886

94