MICHAEL MANKES, CA Bar No. 179016
mmankes@littler.com
GALEN M. LICHTENSTEIN, CA Bar No. 251274
glichtenstein@littler.com
ZACHARY B. SCOTT, Bar No. 281647
zscott@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Fax No.:      415.399.8490

Attorneys for Defendant
UNITED AIR LINES, INC. (erroneously sued as UAL, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. ANTHONY L. WILLIAMS, Private Attorney General, *ex rel*,<br><br>Plaintiff,<br><br>v.<br><br>UAL, INC., *Respondeat Superior*; GLENN F. TILTON; WILLIAM RONALD (RON) KING; SAMUEL "SAM" RAWLS; MICHAEL CONAGHAN; CHRIS CARRICK; THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS (The IAM); R. THOMAS BUFFENBARGER; RICH DELANEY; ROBERT ROACH, JR.; WILLIAM MICHAEL FITZPATRICK; JAVIER LECTORA; ROBERT JOHN WALTON; JAMES S. WARE; CLAUDIA WILKEN; RICHARD W. WIEKING; ALEX KOZINSKI; EUGENE E. SILER; CARLOS T. BEY; M. MARGARET MCKEOWN; SIDNEY R. THOMAS; BARRY G. SILVERMAN; RICHARD R. CLIFTON; SIDNEY R. THOMAS; CONSUELO M. CALLAHAN; MARY H. MURGUIA; HILDA SOLIS; WAYNE C. BEYER; OLIVER M. TANSUE; PAUL IGASAKI; E. COOPER BROWN; GERALD ETCHINGHAM; DOES 31 - 50, Defendants. | Case No. CV-12-3781 NC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNITED AIR LINES, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>**(Fed. R. Civ. P. 12(b)(6))**<br><br>Date:     September 5, 2012<br>Time:     9:00 a.m.<br>Dept.:    Courtroom A, 15th Floor<br>Judge:    Hon. Nathanael Cousins |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

-1-     CV-12-3781 NC
ORDER GRANTING DEFENDANT UNITED AIR LINES, INC.'S MOTION TO DISMISS

The Motion to Dismiss filed by Defendant United Air Lines, Inc. ("United") came on for hearing before this Court on September 5, 2012 at 9:00 a.m. Upon review of the papers submitted in favor of and in opposition to this Motion, as well as consideration of the oral arguments of the respective parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that United's Motion to Dismiss be, and hereby is GRANTED in its entirety.

Dated: _____, 2012

> HON. NATHANAEL COUSINS
> Magistrate Judge for the Northern
> District Court of California

Firmwide:113388533.1 052664.1095

-2-   CV-12-3781 NC
ORDER GRANTING DEFENDANT UNITED AIR LINES, INC.'S MOTION TO DISMISS

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940