FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ANTHONY L. WILLIAMS, | No. 12-16794 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 4:12-cv-03781-YGR |
| v. | Northern District of California, Oakland |
| UAL, INC.; et al., | |
| Defendants - Appellees. | ORDER |

Before: REINHARDT, O'SCANNLAIN, and WARDLAW, Circuit Judges.

To the extent that the August 14, 2012 filing in the district court is construed as a notice of appeal, a review of the record demonstrates that this court lacks jurisdiction over this appeal because the district court has not issued any orders that are final or appealable. *See* 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties). Consequently, this appeal is dismissed for lack of jurisdiction.

To the extent that the August 14, 2012 filing is construed as a petition for a writ of mandamus, petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See*

SM/Pro Se

*Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All pending motions are denied as moot.

**DISMISSED.**