MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CSBN 152348)
Chief, Civil Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6909 (Lee)
Telephone: (415) 436-7025 (Conrad)
FAX: (415) 436-6748
jonathan.lee@usdoj.gov
mark.conrad@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY L. WILLIAMS, Private Attorney General, ex rel.,<br><br>Plaintiff,<br><br>v.<br><br>UAL, INC., et al.,<br><br>Defendants. | Case No. C 12-03781 YGR<br><br>**DECLARATION OF MARK R. CONRAD IN SUPPORT OF REPLY BRIEF IN SUPPORT OF MOTION TO SUBSTITUTE AND TO DISMISS AMENDED COMPLAINT** |

CONRAD DECL. ISO MTD REPLY BR
Case No. 12-CV-03781 YGR

I, Mark R. Conrad, declare as follows:

1. I am an Assistant United States Attorney in the Northern District of California, and I have been assigned to represent the Federal Defendants in the above-captioned matter.[1] If called to testify I would and could competently testify to the facts set forth in this declaration.

2. In Plaintiff's filing dated September 21, 2012, his "Affirmation of Service by Electronic Mail" states that he served a copy of his brief on the email address "jonathan.lee@usdoj.com." The correct email address for Assistant United States Attorney Jonathan Lee, counsel of record for the Federal Defendants in this matter, is jonathan.lee@usdoj.gov, as indicated on the ECF docket in this action.

3. Federal Defendants did not receive notice of Plaintiff's 125-page filing on September 21, 2012, until that filing was entered by the Clerks office onto the ECF docket on October 10, 2012. A true and correct copy of the ECF docket, which expressly indicates the October 10 entry of Plaintiff's brief, is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 17th day of October 2012, in San Francisco, California.

MARK R. CONRAD
Assistant United States Attorney

---

[1] The Federal Defendants are: Chief Judge James S. Ware, Judge Claudia Wilken, Clerk of the Court Richard Wieking, Chief Appellate Judge Alex Kozinski, Judge Eugene E. Siler, Judge Carlos T. Bea, Judge M. Margaret McKeown, Judge Sidney R. Thomas, Judge Barry G. Silverman, Judge Richard R. Clifton, Judge Consuelo M. Callahan, Judge Mary H. Murguia, Secretary of Labor Hilda Solis, and Department of Labor Administrative Law Judges Wayne C. Beyer, Oliver M. Transue, Paul Igasaki, E. Cooper Brown, Gerald Etchingham.

CONRAD DECL. ISO MTD REPLY BR
Case No. 12-CV-03781 YGR            -1-

# Exhibit A

ADRMOP,ProSe

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:12-cv-03781-YGR

| | |
|---|---|
| Williams v. UAL, Inc. et al | Date Filed: 07/18/2012 |
| Assigned to: Hon. Yvonne Gonzalez Rogers | Jury Demand: Plaintiff |
| Case in other court:  Ninth Circuit Court of Appeals, 12-16794 | Nature of Suit: 370 Fraud or Truth-In-Lending |
| Cause: 28:1442 Petition for Removal- Breach of Contract | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Anthony L. Williams**      represented by **Anthony L. Williams**
2811 Nicol Avenue #6
Oakland, CA 94602
510 536-5886
*PRO SE*

V.

**Defendant**

**UAL, Inc.**      represented by **Galen Matthew Lichtenstein**
Littler Mendelson
650 California Street
San Francisco, CA 94108
(415)399-8486
Fax: 415-743-6636
Email: glichtenstein@littler.com
*ATTORNEY TO BE NOTICED*

**Michael Mankes**
Littler Mendelson, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
415 433-1940
Fax: 415 399-8490
Email: MMankes@littler.com
*ATTORNEY TO BE NOTICED*

**Zachary B. Scott**
Littler Mendelson PC
650 California Street, 20th Floor
San Francisco, CA 94108-2693
415 433-1940
Fax: 415 399-8490
Email: zscott@littler.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Glenn F. Tilton**

**Defendant**

**William (Ron) King**

**Defendant**

**Samuel "Sam" Rawls**

**Defendant**

**Michael Conaghan**

**Defendant**

**Chris Carrick**

**Defendant**

**The International Association of Machinists and Aerospace Workers** *(THE IAM)* represented by **Ira Lawrence Gottlieb**
Bush Gottlieb Singer Lopez Kohanski Adelstein & Dickinson
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, CA 911203-3345
(818) 973-3200
Fax: (818) 973-3201
Email: IGottlieb@bushgottlieb.com
*ATTORNEY TO BE NOTICED*

**Pamela Devi Chandran**
Bush Gottlieb Singer Lopez Kohanski Adelstein & Dickinson
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, CA 911203-3345
(818) 973-3200
Fax: (818) 973-3201
Email: pchandran@bushgottlieb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**R. Thomas Buffenbarger** represented by **Ira Lawrence Gottlieb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Devi Chandran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Rich Delaney** | represented by | **Ira Lawrence Gottlieb**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Pamela Devi Chandran**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Robert Roach, Jr.** | represented by | **Ira Lawrence Gottlieb**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Pamela Devi Chandran**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**William Michael Fitzpatrick**

**Defendant**

**Javier Lectora**

**Defendant**

| | | |
|---|---|---|
| **Robert John Walton** | represented by | **Ira Lawrence Gottlieb**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Pamela Devi Chandran**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **James S. Ware** | represented by | **Jonathan Unruh Lee**<br>United States Attorneys Office<br>Northern District of California<br>450 Golden Gate Avenue<br>9th Floor<br>San Francisco, CA 94102-3495<br>415-436-6909<br>Fax: 415-436-6748<br>Email: jonathan.lee@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark R. Conrad**<br>United States Attorney's Office<br>Northern District of California<br>450 Golden Gate Avenue<br>Box 36055 |

        San Francisco, CA 94102
        (415) 436-7025
        Fax: (415) 436-6748
        Email: mark.conrad@usdoj.gov
        *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Claudia Wilken** | represented by | **Jonathan Unruh Lee** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Mark R. Conrad** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Richard W. Wieking** | represented by | **Jonathan Unruh Lee** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Mark R. Conrad** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Alex Kozinski** | represented by | **Jonathan Unruh Lee** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Mark R. Conrad** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Eugene E. Siler** | represented by | **Jonathan Unruh Lee** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Mark R. Conrad** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Carlos T. Bey** | represented by | **Jonathan Unruh Lee** (See above for address) *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Mark R. Conrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Margaret M. McKeown**  represented by  **Jonathan Unruh Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Conrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sidney R. Thomas**  represented by  **Jonathan Unruh Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Conrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barry G. Silverman**  represented by  **Jonathan Unruh Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Conrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard R. Clifton**  represented by  **Jonathan Unruh Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Conrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Consuelo M. Callahan**  represented by  **Jonathan Unruh Lee**
(See above for address)
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Mark R. Conrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Mary H. Murguia** | represented by | **Jonathan Unruh Lee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Mark R. Conrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Hilda Solis** | represented by | **Jonathan Unruh Lee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Mark R. Conrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Wayne C. Beyer** | represented by | **Jonathan Unruh Lee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Mark R. Conrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Oliver M. Transue** | represented by | **Jonathan Unruh Lee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Mark R. Conrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Paul Igasaki** | represented by | **Jonathan Unruh Lee**<br>(See above for address)<br>*LEAD ATTORNEY* |

|   |   |
|---|---|
|   | *ATTORNEY TO BE NOTICED* |
|   | **Mark R. Conrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |
| **E. Cooper Brown** | represented by **Jonathan Unruh Lee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Mark R. Conrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |
| **Gerald Etchingham** | represented by **Jonathan Unruh Lee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Mark R. Conrad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2012 | 1 | NOTICE OF REMOVAL (NO PROCESS); from Superior Court of California for the County of Alameda. Their case number is RG12634751. (). Filed byEugene E. Siler, Alex Kozinski, Chris Carrick, William Michael Fitzpatrick, Wayne C. Beyer, Samuel "Sam" Rawls, UAL, Inc., Rich Delaney, The International Association of Machinists and Aerospace Workers, Javier Lectora, Claudia Wilken, Oliver M. Transue, James S. Ware, Robert John Walton, William (Ron) King, Margaret M. McKeown, Paul Igasaki, Gerald Etchingham, Hilda Solis, Michael Conaghan, Sidney R. Thomas, R. Thomas Buffenbarger, Consuelo M. Callahan, E. Cooper Brown, Glenn F. Tilton, Mary H. Murguia, Richard R. Clifton, Carlos T. Bey, Barry G. Silverman, Robert Roach, Jr, Richard W. Wieking. (aaa, COURT STAFF) (Filed on 7/18/2012) (Additional attachment(s) added on 7/19/2012: # 1 Notice of Removal Pt.02) (aaa, COURT STAFF). (Additional attachment(s) added on 7/19/2012: # 2 Notice of Removal Pt.03) (aaa, COURT STAFF). (Additional attachment(s) added on 7/19/2012: # 3 Notice of Removal Pt.04) (aaa, COURT STAFF). (Additional attachment(s) added on 7/19/2012: # 4 Notice of Removal Pt.05, # 5 Civil Cover Sheet) (aaa, COURT STAFF). (Entered: 07/19/2012) |
| 07/18/2012 | 2 | CERTIFICATION PURSUANT TO 28 U.S.C. 2679(d); by Carlos T. Bey, Wayne C. Beyer, E. Cooper Brown, R. Thomas Buffenbarger, Consuelo M. Callahan, Chris Carrick, Richard R. Clifton, Michael Conaghan, Rich Delaney, Gerald Etchingham, William Michael Fitzpatrick, Paul Igasaki, William (Ron) |

| | | |
|---|---|---|
| | | King, Alex Kozinski, Javier Lectora, Margaret M. McKeown, Mary H. Murguia, Samuel "Sam" Rawls, Robert Roach, Jr, Eugene E. Siler, Barry G. Silverman, Hilda Solis, The International Association of Machinists and Aerospace Workers, Sidney R. Thomas, Glenn F. Tilton, Oliver M. Transue, UAL, Inc., Robert John Walton, James S. Ware, Richard W. Wieking, Claudia Wilken re 1 Notice of Removal, (aaa, COURT STAFF) (Filed on 7/18/2012) Modified on 7/23/2012 (aaa, COURT STAFF). (Entered: 07/19/2012) |
| 07/19/2012 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 10/17/2012. Case Management Conference set for 10/24/2012 10:00 AM. Signed by Magistrate Judge Nathanael M. Cousins on 7/19/12. (Attachments: # 1 NC Standing Order, # 2 Standing Order)(aaa, COURT STAFF) (Filed on 7/19/2012) (Entered: 07/19/2012) |
| 07/19/2012 | 4 | CERTIFICATE OF SERVICE by Carlos T. Bey, Wayne C. Beyer, E. Cooper Brown, R. Thomas Buffenbarger, Consuelo M. Callahan, Chris Carrick, Richard R. Clifton, Michael Conaghan, Rich Delaney, Gerald Etchingham, William Michael Fitzpatrick, Paul Igasaki, William (Ron) King, Alex Kozinski, Javier Lectora, Margaret M. McKeown, Mary H. Murguia, Samuel "Sam" Rawls, Robert Roach, Jr, Eugene E. Siler, Barry G. Silverman, Hilda Solis, The International Association of Machinists and Aerospace Workers, Sidney R. Thomas, Glenn F. Tilton, Oliver M. Transue, UAL, Inc., Robert John Walton, James S. Ware, Richard W. Wieking, Claudia Wilken (aaa, COURT STAFF) (Filed on 7/19/2012) (Entered: 07/20/2012) |
| 07/25/2012 | 5 | NOTICE of Appearance by Galen Matthew Lichtenstein *DEFENDANT UNITED AIR LINES, INC.'S NOTICE OF APPEARANCE* (Lichtenstein, Galen) (Filed on 7/25/2012) (Entered: 07/25/2012) |
| 07/25/2012 | 6 | MOTION to Dismiss *NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT UNITED AIR LINES, INC.'S MOTION TO DISMISS COMPLAINT* filed by UAL, Inc.. Motion Hearing set for 9/5/2012 09:00 AM in Courtroom A, 15th Floor, San Francisco before Magistrate Judge Nathanael M. Cousins. Responses due by 8/8/2012. Replies due by 8/15/2012. (Lichtenstein, Galen) (Filed on 7/25/2012) (Entered: 07/25/2012) |
| 07/25/2012 | 7 | Declaration of Michael Mankes in Support of 6 MOTION to Dismiss *NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT UNITED AIR LINES, INC.'S MOTION TO DISMISS COMPLAINT DECLARATION OF MICHAEL MANKES IN SUPPORT OF DEFENDANT UNITED AIR LINES, INC.'S MOTION TO DISMISS COMPLAINT* filed byUAL, Inc.. (Attachments: # 1 Signature Page (Declarations/Stipulations) Signature Page, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)(Related document(s) 6 ) (Lichtenstein, Galen) (Filed on 7/25/2012) (Entered: 07/25/2012) |
| 07/25/2012 | 8 | Proposed Order re 6 MOTION to Dismiss *NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT UNITED AIR LINES, INC.'S MOTION TO DISMISS COMPLAINT [PROPOSED] ORDER GRANTING DEFENDANT UNITED* |

| | | |
|---|---|---|
| | | *AIR LINES, INC.'S MOTION TO DISMISS COMPLAINT* by UAL, Inc.. (Lichtenstein, Galen) (Filed on 7/25/2012) (Entered: 07/25/2012) |
| 07/25/2012 | 9 | CERTIFICATE OF SERVICE by UAL, Inc. re 6 MOTION to Dismiss *NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT UNITED AIR LINES, INC.'S MOTION TO DISMISS COMPLAINT* (Lichtenstein, Galen) (Filed on 7/25/2012) (Entered: 07/25/2012) |
| 07/25/2012 | | Set/Reset Deadlines as to 6 Motion to Dismiss. Responses due by 8/8/2012. Replies due by 8/15/2012. (jlm, COURT STAFF) (Filed on 7/25/2012) (Entered: 08/14/2012) |
| 07/26/2012 | 10 | **\*\*\* FILED IN ERROR. REFER TO DOCUMENT 11 . \*\*\*** MOTION to Dismiss *The United States' Notice of Motion and Motion to Substitute and to Dismiss Amended Complaint* filed by Carlos T. Bey, Wayne C. Beyer, E. Cooper Brown, Consuelo M. Callahan, Richard R. Clifton, Gerald Etchingham, Paul Igasaki, Alex Kozinski, Margaret M. McKeown, Mary H. Murguia, Eugene E. Siler, Barry G. Silverman, Hilda Solis, Sidney R. Thomas, Oliver M. Transue, James S. Ware, Richard W. Wieking, Claudia Wilken. Motion Hearing set for 9/5/2012 09:00 AM in Courtroom A, 15th Floor, San Francisco before Magistrate Judge Nathanael M. Cousins. Responses due by 8/9/2012. Replies due by 8/16/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order, # 4 Certificate/Proof of Service)(Lee, Jonathan) (Filed on 7/26/2012) Modified on 7/26/2012 (fff, COURT STAFF). (Entered: 07/26/2012) |
| 07/26/2012 | 11 | MOTION to Dismiss *The United States' Notice of Motion and Motion to Substitute and to Dismiss Amended Complaint* filed by Carlos T. Bey, Wayne C. Beyer, E. Cooper Brown, Consuelo M. Callahan, Richard R. Clifton, Gerald Etchingham, Paul Igasaki, Alex Kozinski, Margaret M. McKeown, Mary H. Murguia, Eugene E. Siler, Barry G. Silverman, Hilda Solis, Sidney R. Thomas, Oliver M. Transue, James S. Ware, Richard W. Wieking, Claudia Wilken. Motion Hearing set for 9/5/2012 09:00 AM in Courtroom A, 15th Floor, San Francisco before Magistrate Judge Nathanael M. Cousins. Responses due by 8/9/2012. Replies due by 8/16/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order, # 4 Certificate/Proof of Service)(Lee, Jonathan) (Filed on 7/26/2012) (Entered: 07/26/2012) |
| 07/26/2012 | 12 | NOTICE of Appearance by Pamela Devi Chandran *of Bush Gottlieb Singer Lopez Kohanski Adelstein & Dickinson* (Chandran, Pamela) (Filed on 7/26/2012) (Entered: 07/26/2012) |
| 07/26/2012 | 13 | Certificate of Interested Entities by R. Thomas Buffenbarger, Rich Delaney, Robert Roach, Jr, The International Association of Machinists and Aerospace Workers (Chandran, Pamela) (Filed on 7/26/2012) (Entered: 07/26/2012) |
| 07/26/2012 | 14 | First MOTION to Dismiss *Complaint* filed by R. Thomas Buffenbarger, Rich Delaney, Robert Roach, Jr, The International Association of Machinists and Aerospace Workers. Motion Hearing set for 9/5/2012 09:00 AM in Courtroom A, 15th Floor, San Francisco before Magistrate Judge Nathanael M. Cousins. Responses due by 8/9/2012. Replies due by 8/16/2012. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order Granting the Motion of The International Association of Machinists and Aerospace Workers (The IAM), R. Thomas Buffenbarger, Rich Delaney, and Robert Roach Jr. to Dismiss Complaint)(Chandran, Pamela) (Filed on 7/26/2012) (Entered: 07/26/2012) |
| 07/26/2012 | | Set/Reset Deadlines as to 11 Motion to Dismiss Amended Complaint and Motion to Substitute. Responses due by 8/9/2012. Replies due by 8/16/2012. (jlm, COURT STAFF) (Filed on 7/26/2012) (Entered: 08/14/2012) |
| 07/26/2012 | | Set/Reset Deadlines as to 14 *Motion to Dismiss Complaint.* Responses due by 8/9/2012. Replies due by 8/16/2012. (jlm, COURT STAFF) (Filed on 7/26/2012) (Entered: 08/14/2012) |
| 07/27/2012 | 15 | ORDER OF RECUSAL AND REFERRAL to acting Chief Judge Susan Illston for determination of reassignment. Signed by Judge Nathanael Cousins on 7/27/12. (Attachments: # 1 Certificate/Proof of Service)(lmh, COURT STAFF) (Filed on 7/27/2012) (Entered: 07/27/2012) |
| 08/01/2012 | 16 | NOTICE of Appearance by Ira Lawrence Gottlieb *of Bush Gottlieb Singer Lopez Kohanski Adelstein & Dickinson* (Gottlieb, Ira) (Filed on 8/1/2012) (Entered: 08/01/2012) |
| 08/02/2012 | 17 | NOTICE of Appearance by Pamela Devi Chandran *Amended Notice of Appearance* (Chandran, Pamela) (Filed on 8/2/2012) (Entered: 08/02/2012) |
| 08/03/2012 | 18 | ORDER REASSIGNING CASE.. Signed by Judge Susan Illston on 8/1/12. (Attachments: # 1 Certificate/Proof of Service)(tfS, COURT STAFF) (Filed on 8/3/2012) (Entered: 08/03/2012) |
| 08/08/2012 | 19 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Yvonne Gonzalez Rogers for all further proceedings. Magistrate Judge Nathanael M. Cousins no longer assigned to the case.. Signed by Executive Committee on 8/8/12. (as, COURT STAFF) (Filed on 8/8/2012) (Entered: 08/08/2012) |
| 08/09/2012 | 20 | CERTIFICATE OF SERVICE re 19 *Order Reassigning Case,* (jlm, COURT STAFF) (Filed on 8/9/2012) (Entered: 08/09/2012) |
| 08/13/2012 | 21 | Renotice of Motion re 14 *Motion to Dismiss Complaint,* Motion Hearing set for 09/18/12 at 2:00 PM. Filed by R. Thomas Buffenbarger, Rich Delaney, Robert Roach, Jr, The International Association of Machinists and Aerospace Workers, Robert John Walton (Attachments: # 1 Certificate/Proof of Service showing service on Anthony L. Williams)(Gottlieb, Ira) (Filed on 8/13/2012) Modified on 8/14/2012 (jlm, COURT STAFF). (Entered: 08/13/2012) |
| 08/13/2012 | 22 | Renotice of Motion re 11 *Motion to Dismiss* filed by Carlos T. Bey, Wayne C. Beyer, E. Cooper Brown, Consuelo M. Callahan, Richard R. Clifton, Gerald Etchingham, Paul Igasaki, Alex Kozinski, Margaret M. McKeown, Mary H. Murguia, Eugene E. Siler, Barry G. Silverman, Hilda Solis, Sidney R. Thomas, Oliver M. Transue, James S. Ware, Richard W. Wieking, Claudia Wilken. Motion Hearing set for 9/18/2012 02:00 PM before Hon. Yvonne Gonzalez Rogers. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service) (Lee, Jonathan) (Filed on 8/13/2012) Modified on 8/14/2012 (jlm, COURT STAFF). Modified on 8/14/2012 (jlm, COURT STAFF). (Entered: |

| | | |
|---|---|---|
| | | 08/13/2012) |
| 08/13/2012 | 23 | Renotice of Motion re 6 *Motion to Dismiss* filed by UAL, Inc. Motion Hearing set for 09/18/12 at 2:00 PM (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service)(Lichtenstein, Galen) (Filed on 8/13/2012) Modified on 8/14/2012 (jlm, COURT STAFF). Modified on 8/14/2012 (jlm, COURT STAFF). (Entered: 08/13/2012) |
| 08/13/2012 | | Set/Reset Deadlines as to 14 *Motion to Dismiss Complaint* Motion Hearing set for 9/18/2012 02:00 PM in Courtroom 5, 2nd Floor, Oakland before Hon. Yvonne Gonzalez Rogers. (jlm, COURT STAFF) (Filed on 8/13/2012) (Entered: 08/14/2012) |
| 08/13/2012 | | Set/Reset Deadlines as to 11 *Motion to Dismiss Amended Complaint, Motion to Substitute.* Motion Hearing set for 9/18/2012 02:00 PM in Courtroom 5, 2nd Floor, Oakland before Hon. Yvonne Gonzalez Rogers. (jlm, COURT STAFF) (Filed on 8/13/2012) (Entered: 08/14/2012) |
| 08/13/2012 | | Set/Reset Deadlines as to 6 *Motion to Dismiss Complaint.* Motion Hearing set for 9/18/2012 02:00 PM in Courtroom 5, 2nd Floor, Oakland before Hon. Yvonne Gonzalez Rogers. (jlm, COURT STAFF) (Filed on 8/13/2012) (Entered: 08/14/2012) |
| 08/14/2012 | 24 | MOTION for Leave to Electronically File Documents, filed by Anthony L. Williams. (Attachments: # 1 Proposed Order, # 2 Envelope)(jlm, COURT STAFF) (Filed on 8/14/2012) (Entered: 08/14/2012) |
| 08/14/2012 | 25 | NOTICE OF APPEAL to the 9th CCA Anthony L. Williams. Appeal of Notice of Removal 1 (Appeal fee FEE NOT PAID.) (jlm, COURT STAFF) (Filed on 8/14/2012) (Entered: 08/14/2012) |
| 08/14/2012 | 26 | Mailed request for payment of docket fee to appellant (cc to USCA) (jlm, COURT STAFF) (Filed on 8/14/2012) (Entered: 08/14/2012) |
| 08/15/2012 | 27 | USCA Case Number 12-16794 Ninth Circuit Court of Appeals for 25 Notice of Appeal filed by Anthony L. Williams. (kk, COURT STAFF) (Filed on 8/15/2012) (Entered: 08/15/2012) |
| 08/15/2012 | 28 | MOTION to Remand, filed by Anthony L. Williams. Responses due by 8/29/2012. Replies due by 9/5/2012. (jlm, COURT STAFF) (Filed on 8/15/2012) (Entered: 08/15/2012) |
| 08/20/2012 | 29 | ORDER by Judge Yvonne Gonzalez Rogers DENYING 24 Motion for Permission for Electronic Case Filing. Signed by Judge Yvonne Gonzalez Rogers, on 08/20/12 (Attachments: # 1 Certificate/Proof of Service) (fs, COURT STAFF) (Filed on 8/20/2012) Modified on 8/21/2012 (jlm, COURT STAFF). (Entered: 08/20/2012) |
| 08/28/2012 | 30 | CLERKS NOTICE SETTING CASE MANAGEMENT CONFERENCE Initial Case Management Conference set for 12/3/2012 02:00 PM in Courtroom 5, 2nd Floor, Oakland before Judge Yvonne Gonzalez Rogers. (Attachments: # 1 Standing Order, # 2 Certificate/Proof of Service) (fs, COURT STAFF) (Filed on 8/28/2012) (Entered: 08/28/2012) |
| | | |

| | | |
|---|---|---|
| 08/29/2012 | 31 | Memorandum in Opposition re 28 *Motion to Remand,* filed by R. Thomas Buffenbarger, Rich Delaney, Robert Roach, Jr, The International Association of Machinists and Aerospace Workers, Robert John Walton. (Chandran, Pamela) (Filed on 8/29/2012) Modified on 8/30/2012 (jlm, COURT STAFF). (Entered: 08/29/2012) |
| 08/29/2012 | 32 | Memorandum in Opposition re 28 *Motion to Remand,* filed by UAL, Inc.. (Lichtenstein, Galen) (Filed on 8/29/2012) Modified on 8/30/2012 (jlm, COURT STAFF). (Entered: 08/29/2012) |
| 08/29/2012 | 33 | Memorandum in Opposition re 28 *Motion to Remand,* filed by Carlos T. Bey, Wayne C. Beyer, Consuelo M. Callahan, Richard R. Clifton, Gerald Etchingham, Paul Igasaki, Alex Kozinski, Margaret M. McKeown, Mary H. Murguia, Robert Roach, Jr, Eugene E. Siler, Barry G. Silverman, Hilda Solis, Sidney R. Thomas, Oliver M. Transue, James S. Ware, Richard W. Wieking, Claudia Wilken. (Lee, Jonathan) (Filed on 8/29/2012) Modified on 8/30/2012 (jlm, COURT STAFF). (Entered: 08/29/2012) |
| 09/06/2012 | 34 | CERTIFICATE OF SERVICE re 33 *Memornadum in Opposition,* filed by Carlos T. Bey, Wayne C. Beyer, Consuelo M. Callahan, Richard R. Clifton, Gerald Etchingham, Paul Igasaki, Alex Kozinski, Margaret M. McKeown, Mary H. Murguia, Robert Roach, Jr, Eugene E. Siler, Barry G. Silverman, Hilda Solis, Sidney R. Thomas, Oliver M. Transue, James S. Ware, Richard W. Wieking, Claudia Wilken (Lee, Jonathan) (Filed on 9/6/2012) Modified on 9/7/2012 (jlm, COURT STAFF). (Entered: 09/06/2012) |
| 09/06/2012 | 35 | NOTICE of Appearance by Mark R. Conrad *for Federal Defendants* (Attachments: # 1 Certificate/Proof of Service)(Conrad, Mark) (Filed on 9/6/2012) (Entered: 09/06/2012) |
| 09/10/2012 | 36 | ORDER of USCA petition denied; dismissed. (kk, COURT STAFF) (Filed on 9/10/2012) (Entered: 09/10/2012) |
| 09/11/2012 | 37 | CERTIFICATE OF SERVICE re 36 *USCA Order dismissing petition* (jlm, COURT STAFF) (Filed on 9/11/2012) (Entered: 09/11/2012) |
| 09/13/2012 | 38 | ORDER by Judge Yvonne Gonzalez Rogers DENYING 28 Motion to Remand and Order re Pending Motions to Dismiss. The 9/18/2012 hearing date is VACATED, and will be reset, if appropriate, once briefing is complete. Signed by Judge Yvonne Gonzalez Rogers, on 09/13/12 (Attachments: # 1 Certificate/Proof of Service) (fs, COURT STAFF) (Filed on 9/13/2012) Modified on 9/14/2012 (jlm, COURT STAFF). (Entered: 09/13/2012) |
| 09/21/2012 | 41 | Memorandum in Opposition re 14 *Motion to Dismiss Complaint,* 11 *Motion to Dismiss and Motion to Substitute and to Dismiss Amended Complaint,* 6 *Motion to Dismiss,* filed byAnthony L. Williams. (jlm, COURT STAFF) (Filed on 9/21/2012) (Entered: 10/10/2012) |
| 10/03/2012 | 39 | MANDATE of USCA: Issued pursuant to FRAP 41(a) I as to 25 *Notice of Appeal* USCA No. 12-16794 (jlm, COURT STAFF) (Filed on 10/3/2012) (Entered: 10/03/2012) |
| 10/04/2012 | 40 | CLERKS Letter Spreading Mandate to Counsel (jlm, COURT STAFF) (Filed |

| | on 10/4/2012) (Entered: 10/04/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/17/2012 10:19:46 | | | |
| **PACER Login:** | dy1444 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:12-cv-03781-YGR |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |