**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY L. WILLIAMS<br><br>Plaintiff,<br><br>vs.<br><br>UAL, INC., *ET. AL.*,<br><br>Defendants. | **Case No.: 12-CV-3781 YGR**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The case management conference currently scheduled for December 3, 2012, is **VACATED** until further notice from the Court.

**IT IS SO ORDERED**.

**Date: November 16, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**