**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY L. WILLIAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>UAL, INC., *ET AL.,*<br><br>    Defendants. | **Case No.: 12-CV-3781 YGR**<br><br>**ORDER STRIKING FILING, DOCKET NO. 49, ON THE COURT'S OWN MOTION** |

Plaintiff Anthony L. Williams ("Plaintiff") filed "A Notice to All Parties in the Above Entitled Action" on November 21, 2012. (Dkt No. 49, "Notice".) The Notice purports to stay these proceedings "until such time as the Justice Department can order a Case Remand back to State Jurisdiction (28 U.S.C. 2283)." It goes on to state that "[n]o further filings, actions or orders, including filings by any Defendant is permitted EXCEPT an Order of Remand By the District Court."

The Court, on its own motion, **STRIKES** the Notice as filed improperly and without supporting authority. The authority cited by Plaintiff, 28 U.S.C. § 2283, states only that a federal court may not enjoin state court proceedings except under limited circumstances. There is no injunction of state court proceedings at issue here. Moreover, the Court is aware of no legal basis warranting a stay of the order denying Plaintiff's Motion for Remand.

**IT IS SO ORDERED**.
**Date: December 13, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**