**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY L. WILLIAMS<br><br>   Plaintiff,<br><br>   vs.<br><br>UAL, INC., *ET AL.,*<br><br>   Defendants. | **Case No.: 12-CV-3781 YGR**<br><br>**JUDGMENT OF DISMISSAL** |

The issues in this action having been duly considered and the Court having granted Defendants' Motions to Dismiss Plaintiff's Complaint without leave to amend, it is **ORDERED, ADJUDGED AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: December 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**