**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY L. WILLIAMS<br><br>  Plaintiff,<br><br>vs.<br><br>UAL, INC., *ET AL.,*<br><br>  Defendants. | **Case No.: 12-CV-3781 YGR**<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER VACATING CASE MANAGEMENT CONFERENCE (DKT. NO. 48)** |

Plaintiff Anthony L. Williams filed a Motion for Reconsideration of this Court's November 16, 2012 Order, entered at Docket No. 48, Vacating Case Management Conference. In light of this Court's Order Granting Motions to Dismiss without leave to amend (Dkt. No. 52), and issuance of a judgment of dismissal (Dkt. No. 53), Plaintiff's Motion for Reconsideration is **DENIED** as moot.

This Order terminates Docket No. 50.

**IT IS SO ORDERED**.
Date: December 17, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**