# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. WILLIAMS,

             Plaintiff,

  v.

UAL, INC. et al,

             Defendant.

_____/

Case Number: CV12-03781 YGR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony L. Williams
2811 Nicol Avenue #6
Oakland, CA 94602

Dated: December 17, 2012

                    Richard W. Wieking, Clerk
                    By: Frances Stone, Deputy Clerk