**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY L. WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>UAL, INC., *ET AL.*,<br><br>    Defendants. | Case No.: 12-CV-3781 YGR<br><br>**ORDER CLARIFYING DECEMBER 13, 2012 ORDER GRANTING MOTIONS TO DISMISS AND JUDGMENT** |

Pursuant to Rule 60 of the Federal Rules of Civil Procedure, the Court clarifies its Order Granting Motions to Dismiss (Dkt. No. 52) and its Judgment (Dkt. No. 53) to include Defendant Robert John Walton ("Walton"), who joined in the motion of Defendants the International Association of Machinists and Aerospace Workers ("IAM"), R. Thomas Buffenbarger, Rich Delaney, and Robert Roach Jr. (collectively "the IAM Defendants"). (*See* Dkt. No. 21.) Dismissal and entry of judgment of dismissal in Walton's favor is appropriate for all the reasons stated in the Court's December 13, 2012 Order Granting Motions to Dismiss, and specifically at pages 8 to 10 of that order.

The judgment entered December 13, 2012, is hereby **AMENDED** to include Defendant Robert John Walton.

This Order terminates Docket No. 54.

**IT IS SO ORDERED**.

Date: December 17, 2012

                                                               **YVONNE GONZALEZ ROGERS**
                                                          **UNITED STATES DISTRICT COURT JUDGE**