**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street, Suite 400 South
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTHONY L. WILLIAMS ) | |
| ) | |
| ) | Civil No. CV 12-03781 YGR |
| Plaintiff(s), ) | |
| (Petitioner) ) | |
| -V-     ) | ORDER RE APPEAL IN |
| ) | FORMA PAUPERIS |
| UAL, INC.  ) | |
| ) | |
| ) | |
| Defendant(s), ) | |
| (Respondent) ) | |
| ) | |

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby  **DENIED**.

IT IS SO ORDERED.

**DATED**:  January 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**