UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY L. WILLIAMS,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>UAL, INC.; et al.,<br><br>      Defendants - Appellees. | No. 13-15299<br><br>D.C. No. 4:12-cv-03781-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered December 31, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                  FOR THE COURT:
                                  Molly C. Dwyer
                                  Clerk of Court

                                  Rebecca Lopez
                                  Deputy Clerk